| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) CLELAND, ROBERT H. | 2. Court or Organization United States District Court, Eastern District of Michigan | 3. Date of Report 05/23/1014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

707 Theodore Levin Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Two of these entities constitute those fiduciary relationships listed as: | FR 1 & FR 2 |
| 2. | Trustee | Trust |
| 3. | Co-Trustee | Partnership 1 |
| 4. | Member | Board of Directors Condominium Association |
| 5. | Member | Investment Club |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | County of St. Clair, Michigan (defined benefit retirement plan) | $19,992.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   S1 | D | Dividend | P1 | T | | | | | |
| 2.   -Fractional share of FR2 | | | | | Closed | 11/01/12 | J | | |
| 3.   -CUB Investment Partnership | | | | | | | | | |
| 4.   -Fidelity Cash Reserves Fund | | | | | Merged (with line 1016) | 11/01/12 | J | | |
| 5.   -Mich residential real estate held for rental; St Clair Cnty | | | | | | | | | |
| 6.   -AB Discover Growth Fund | | | | | Buy | 06/18/12 | J | | |
| 7.   -AB Discovery Value Fund | | | | | Buy | 06/18/12 | J | | |
| 8.   -AB Discovery Value Fund | | | | | Buy (add'l) | 12/26/12 | J | | |
| 9.   -Abbott Laboratories (Common) | | | | | Buy | 08/29/12 | J | | |
| 10.   -Abbott Laboratories (Common) | | | | | Sold | 11/08/12 | J | | |
| 11.   -Accenture PLC (Common) | | | | | Sold (part) | 01/19/12 | J | A | |
| 12.   -Accenture PLC (Common) | | | | | Sold (part) | 02/09/12 | J | A | |
| 13.   -Accenture PLC (Common) | | | | | Sold | 02/15/12 | J | A | |
| 14.   -Affiliated Managers Group Inc (Common) | | | | | Buy | 12/07/12 | J | | |
| 15.   -Allergan Inc (Common) | | | | | Sold (part) | 01/17/12 | J | A | |
| 16.   -Allergan Inc (Common) | | | | | Sold | 08/09/12 | J | A | |
| 17.   -Alliance Bernstein Cash (Fund) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Altria Group Inc (Common) | | | | | Sold (part) | 03/07/12 | J | A | |
| 19. -Altria Group Inc (Common) | | | | | Buy (add'l) | 05/21/12 | J | | |
| 20. -Altria Group Inc (Common) | | | | | Buy (add'l) | 07/26/12 | J | | |
| 21. -Altria Group Inc (Common) | | | | | Buy (add'l) | 08/17/12 | J | | |
| 22. -Altria Group Inc (Common) | | | | | Buy (add'l) | 11/12/12 | J | | |
| 23. -Amazon.com Inc (Common) | | | | | Sold (part) | 06/08/12 | J | B | |
| 24. -Amazon.com Inc (Common) | | | | | Buy (add'l) | 10/26/12 | J | | |
| 25. -Ameren Corp (Common) | | | | | Buy | 08/07/12 | J | | |
| 26. -Ameren Corp (Common) | | | | | Sold | 12/18/12 | J | | |
| 27. -American Express Co (Common) | | | | | Buy | 06/12/12 | J | | |
| 28. -American Express Co (Common) | | | | | Sold (part) | 07/30/12 | J | A | |
| 29. -American Express Co (Common) | | | | | Sold | 11/01/12 | J | A | |
| 30. -Amgen Inc (Common) | | | | | Buy | 05/17/12 | J | | |
| 31. -Amgen Inc (Common) | | | | | Sold (part) | 08/16/12 | J | A | |
| 32. -Anadarko Petroleum Corp (Common) | | | | | Sold | 08/21/12 | J | | |
| 33. -Ansys Inc (Common) | | | | | Buy | 08/21/12 | J | | |
| 34. -Apollo Group Inc (Common) | | | | | Buy (add'l) | 07/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Apollo Group Inc (Common) | | | | | Sold | 10/18/12 | J | | |
| 36. -Apple Inc (Common) | | | | | Buy (add'l) | 08/23/12 | J | | |
| 37. -Apple Inc (Common) | | | | | Sold (part) | 03/06/12 | J | B | |
| 38. -Apple Inc (Common) | | | | | Sold (part) | 07/20/12 | J | D | |
| 39. -Apple Inc (Common) | | | | | Sold (part) | 09/25/12 | J | A | |
| 40. -Apple Inc (Common) | | | | | Sold (part) | 10/26/12 | J | A | |
| 41. -Applied Materials Inc (Common) | | | | | Buy (add'l) | 01/06/12 | J | | |
| 42. -Applied Materials Inc (Common) | | | | | Buy (add'l) | 04/23/12 | J | | |
| 43. -Applied Materials Inc (Common) | | | | | Sold (part) | 09/14/12 | J | | |
| 44. -Astrazeneca PLC Spons ADR (Common) | | | | | Buy (add'l) | 05/17/12 | J | | |
| 45. -Astrazeneca PLC Spons ADR (Common) | | | | | Buy (add'l) | 08/30/12 | J | | |
| 46. -Astrazeneca PLC Spons ADR (Common) | | | | | Sold (part) | 11/16/12 | J | | |
| 47. -AT&T Inc (Common) | | | | | Sold (part) | 03/23/12 | J | A | |
| 48. -AT&T Inc (Common) | | | | | Sold (part) | 03/28/12 | J | A | |
| 49. -AT&T Inc (Common) | | | | | Buy (add'l) | 07/19/12 | J | | |
| 50. -AT&T Inc (Common) | | | | | Sold (part) | 11/27/12 | J | | |
| 51. -Autozone Inc (Common) | | | | | Buy | 08/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Autozone Inc (Common) | | | | | Sold | 11/08/12 | J | A | |
| 53. -Bank of America Corp (Common) | | | | | Buy | 12/12/12 | J | | |
| 54. -BB&T Corp (Common) | | | | | Buy | 09/20/12 | J | | |
| 55. -Becton Dickinson & Co (Common) | | | | | Buy | 07/30/12 | J | | |
| 56. -Becton Dickinson & Co (Common) | | | | | Buy (add'l) | 10/11/12 | J | | |
| 57. -Berkshire Hathaway Inc (Common) | | | | | Buy | 07/17/12 | J | | |
| 58. -Berkshire Hathaway Inc (Common) | | | | | Buy (add'l) | 08/21/12 | J | | |
| 59. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 03/08/12 | J | | |
| 60. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 03/27/12 | J | | |
| 61. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 05/18/12 | J | | |
| 62. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 06/20/12 | J | | |
| 63. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 07/20/12 | J | | |
| 64. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 08/20/12 | J | | |
| 65. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 09/20/12 | J | | |
| 66. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 10/19/12 | J | | |
| 67. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 11/20/12 | J | | |
| 68. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 12/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 12/20/12 | J | | |
| 70. -Bernstein Emergining Markets Portfolios | | | | | Buy (add'l) | 12/12/12 | J | | |
| 71. -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 01/17/12 | J | | |
| 72. -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 05/17/12 | J | | |
| 73. -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 06/28/12 | J | | |
| 74. -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 12/12/12 | J | | |
| 75. -Biogen Idec Inc (Common) | | | | | Buy | 08/20/12 | J | | |
| 76. -BMC Software Inc (Common) | | | | | Buy | 07/31/12 | J | | |
| 77. -BMC Software Inc (Common) | | | | | Sold | 12/24/12 | J | A | |
| 78. -Boeing Co (Common) | | | | | Buy (add'l) | 01/25/12 | J | | |
| 79. -Boeing Co (Common) | | | | | Sold | 06/14/12 | J | A | |
| 80. -Borgwarner Inc (Common) | | | | | Sold (part) | 01/05/12 | J | | |
| 81. -Borgwarner Inc (Common) | | | | | Sold (part) | 04/23/12 | J | A | |
| 82. -Borgwarner Inc (Common) | | | | | Sold | 07/18/12 | J | | |
| 83. -BP PLC-Spons ADR (Common) | | | | | Buy (add'l) | 04/16/12 | J | | |
| 84. -BP PLC-Spons ADR (Common) | | | | | Sold (part) | 05/22/12 | J | | |
| 85. -BP PLC-Spons ADR (Common) | | | | | Sold (part) | 08/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Broadcom Corp (Common) | | | | | Sold (part) | 01/31/12 | J | A | |
| 87. -Broadcom Corp (Common) | | | | | Sold (part) | 04/27/12 | J | A | |
| 88. -Broadcom Corp (Common) | | | | | Sold | 06/18/12 | J | A | |
| 89. -CBRE Group Inc (Common) | | | | | Buy (add'l) | 01/04/12 | J | | |
| 90. -CBRE Group Inc (Common) | | | | | Buy (add'l) | 02/10/12 | J | | |
| 91. -CBRE Group Inc (Common) | | | | | Sold (part) | 03/12/12 | J | | |
| 92. -CBRE Group Inc (Common) | | | | | Sold | 07/09/12 | J | | |
| 93. -CBS Corp (Common) | | | | | Buy | 07/16/12 | J | | |
| 94. -CBS Corp (Common) | | | | | Sold | 08/17/12 | J | A | |
| 95. -Celgene Corp (Common) | | | | | Buy (add'l) | 02/17/12 | J | | |
| 96. -Celgene Corp (Common) | | | | | Sold (part) | 01/09/12 | J | A | |
| 97. -Celgene Corp (Common) | | | | | Sold | 04/02/12 | J | A | |
| 98. -Centerpoint Energy Inc (Common) | | | | | Buy (add'l) | 02/17/12 | J | | |
| 99. -Centerpoint Energy Inc (Common) | | | | | Sold | 08/21/12 | J | A | |
| 100. -Centurylink Inc (Common) | | | | | Sold (part) | 06/06/12 | J | | |
| 101. -Centurylink Inc (Common) | | | | | Sold (part) | 08/03/12 | J | A | |
| 102. -Centurylink Inc (Common) | | | | | Sold | 08/23/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Chevron Corp (Common) | | | | | Buy | 06/08/12 | J | | |
| 104. -Chevron Corp (Common) | | | | | Buy (add'l) | 08/17/12 | J | | |
| 105. -Chipotle Mexican Grill (Common) | | | | | Buy | 06/15/12 | J | | |
| 106. -Chipotle Mexican Grill (Common) | | | | | Buy (add'l) | 07/20/12 | J | | |
| 107. -Chipotle Mexican Grill (Common) | | | | | Sold (part) | 09/06/12 | J | | |
| 108. -Cisco Systems Inc (Common) | | | | | Buy (add'l) | 02/14/12 | J | | |
| 109. -Cisco Systems Inc (Common) | | | | | Buy (add'l) | 02/27/12 | J | | |
| 110. -Cisco Systems Inc (Common) | | | | | Buy (add'l) | 08/17/12 | J | | |
| 111. -Cisco Systems Inc (Common) | | | | | Sold (part) | 12/12/12 | J | | |
| 112. -CIT Group Inc (Common) | | | | | Buy (add'l) | 01/12/12 | J | | |
| 113. -CIT Group Inc (Common) | | | | | Buy (add'l) | 02/06/12 | J | | |
| 114. -CIT Group Inc (Common) | | | | | Buy (add'l) | 02/07/12 | J | | |
| 115. -Citigroup Inc (Common) | | | | | Sold (part) | 05/31/12 | J | | |
| 116. -Citigroup Inc (Common) | | | | | Sold (part) | 09/27/12 | J | | |
| 117. -Citizens First Bancorp Inc (Common) | | | | | | | | | |
| 118. -Citrix Systems Inc (Common) | | | | | Sold (part) | 02/21/12 | J | A | |
| 119. -Citrix Systems Inc (Common) | | | | | Buy (add'l) | 08/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Citrix Systems Inc (Common) | | | | | Buy (add'l) | 10/31/12 | J | | |
| 121.  -Citrix Systems Inc (Common) | | | | | Buy (add'l) | 11/28/12 | J | | |
| 122.  -Clorox Co (Common) | | | | | Buy | 08/15/12 | J | | |
| 123.  -Clorox Co (Common) | | | | | Buy (add'l) | 08/23/12 | J | | |
| 124.  -Clorox Co (Common) | | | | | Sold | 12/21/12 | J | A | |
| 125.  -CMS Energy Corp (Common) | | | | | Sold | 03/05/12 | J | A | |
| 126.  -Coach Inc (Common) | | | | | Buy | 04/13/12 | J | | |
| 127.  -Coach Inc (Common) | | | | | Buy (add'l) | 04/27/12 | J | | |
| 128.  -Coach Inc (Common) | | | | | Buy (add'l) | 04/30/12 | J | | |
| 129.  -Coach Inc (Common) | | | | | Sold | 05/11/12 | J | | |
| 130.  -Cognizant Tech Solutions (Common) | | | | | Buy | 04/09/12 | J | | |
| 131.  -Cognizant Tech Solutions (Common) | | | | | Buy (add'l) | 04/26/12 | J | | |
| 132.  -Cognizant Tech Solutions (Common) | | | | | Buy (add'l) | 08/21/12 | J | | |
| 133.  -Comcast Corp (Common) | | | | | Sold (part) | 06/12/12 | J | A | |
| 134.  -Conocophillips (Common) | | | | | Sold (part) | 01/12/12 | J | A | |
| 135.  -Conocophillips (Common) | | | | | Sold | 01/13/12 | J | A | |
| 136.  -Consolidated Edison Inc (Common) | | | | | Buy | 06/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Consolidated Edison Inc (Common) | | | | | Sold | 09/20/12 | J | | |
| 138. -Constellation Brands Inc (Common) | | | | | Sold | 04/26/12 | J | A | |
| 139. -Corning Inc (Common) | | | | | Sold | 05/24/12 | J | A | |
| 140. -Covidien PLC (Common) | | | | | Buy (add'l) | 01/04/12 | J | | |
| 141. -Covidien PLC (Common) | | | | | Sold | 08/28/12 | J | A | |
| 142. -Danaher Corp (Common) | | | | | Sold (part) | 02/08/12 | J | A | |
| 143. -Danaher Corp (Common) | | | | | Buy (add'l) | 03/14/12 | J | | |
| 144. -Danaher Corp (Common) | | | | | Buy (add'l) | 04/30/12 | J | | |
| 145. -Danaher Corp (Common) | | | | | Sold (part) | 07/26/12 | J | | |
| 146. -Danaher Corp (Common) | | | | | Sold (part) | 08/17/12 | J | A | |
| 147. -Danaher Corp (Common) | | | | | Sold (part) | 08/24/12 | J | A | |
| 148. -Dell Inc (Common) | | | | | Sold | 02/21/12 | J | A | |
| 149. -Delta Airlines Inc (Common) | | | | | Buy (add'l) | 04/27/12 | J | | |
| 150. -Delta Airlines Inc (Common) | | | | | Sold (part) | 02/21/12 | J | | |
| 151. -Devon Energy Corporation (Common) | | | | | Sold (part) | 03/21/12 | J | | |
| 152. -Devon Energy Corporation (Common) | | | | | Sold | 06/27/12 | J | | |
| 153. -Diamond Offshore Drilling (Common) | | | | | Buy | 11/08/12 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Diamond Offshore Drilling (Common) | | | | | Buy (add'l) | 11/14/12 | J | | |
| 155. -DirecTV (Common) | | | | | Buy (add'l) | 03/22/12 | J | | |
| 156. -DirecTV (Common) | | | | | Sold (part) | 06/12/12 | J | | |
| 157. -DirecTV (Common) | | | | | Buy (add'l) | 11/12/12 | J | | |
| 158. -Discover Financial Services (Common) | | | | | Buy | 12/03/12 | J | | |
| 159. -Dollar General Corp (Common) | | | | | Sold | 07/24/12 | J | A | |
| 160. -Dollar Tree Inc (Common) | | | | | Buy | 07/09/12 | J | | |
| 161. -Dollar Tree Inc (Common) | | | | | Sold | 08/27/12 | J | | |
| 162. -Dow Chemical (Common) | | | | | Sold (part) | 02/22/12 | J | | |
| 163. -Dow Chemical (Common) | | | | | Sold (part) | 03/21/12 | J | A | |
| 164. -Dow Chemical (Common) | | | | | Sold | 03/27/12 | J | A | |
| 165. -Eaton Corp (Common) | | | | | Buy | 08/02/12 | J | | |
| 166. -Eaton Corp (Common) | | | | | Buy (add'l) | 08/14/12 | J | | |
| 167. -EBay Inc (Common) | | | | | Buy (add'l) | 08/24/12 | J | | |
| 168. -Edison International (Common) | | | | | Buy | 02/22/12 | J | | |
| 169. -Edison International (Common) | | | | | Sold (part) | 07/02/12 | J | A | |
| 170. -Edison International (Common) | | | | | Buy (add'l) | 09/04/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Edison International (Common) | | | | | Sold | 10/05/12 | J | A | |
| 172. -EMC Corp (Common) | | | | | Sold | 06/18/12 | J | B | |
| 173. -Emerson Electric Co (Common) | | | | | Buy | 01/26/12 | J | | |
| 174. -Emerson Electric Co (Common) | | | | | Buy (add'l) | 01/30/12 | J | | |
| 175. -Emerson Electric Co (Common) | | | | | Buy (add'l) | 02/02/12 | J | | |
| 176. -Emerson Electric Co (Common) | | | | | Buy (add'l) | 02/14/12 | J | | |
| 177. -Emerson Electric Co (Common) | | | | | Buy (add'l) | 03/16/12 | J | | |
| 178. -Emerson Electric Co (Common) | | | | | Buy (add'l) | 08/28/12 | J | | |
| 179. -Emerson Electric Co (Common) | | | | | Sold (part) | 11/13/12 | J | | |
| 180. -Emerson Electric Co (Common) | | | | | Sold | 11/21/12 | J | | |
| 181. -Entergy Corp (Common) | | | | | Buy | 08/07/12 | J | | |
| 182. -Entergy Corp (Common) | | | | | Sold | 11/08/12 | J | | |
| 183. -EOG Resources Inc (Common) | | | | | Sold (part) | 07/19/12 | J | | |
| 184. -EOG Resources Inc (Common) | | | | | Sold (part) | 09/13/12 | J | A | |
| 185. -EOG Resources Inc (Common) | | | | | Sold (part) | 12/07/12 | J | A | |
| 186. -Estee Lauder Companies (Common) | | | | | Sold | 08/27/12 | J | A | |
| 187. -Everest Re Group (Common) | | | | | Buy | 12/28/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Express Scripts Inc (Common) | | | | | Buy (add'l) | 01/10/12 | J | | |
| 189. -Express Scripts Inc (Common) | | | | | Sold (part) | 04/26/12 | J | A | |
| 190. -Express Scripts Inc (Common) | | | | | Sold | 05/11/12 | J | A | |
| 191. -Exxon Mobile Corp (Common) | | | | | Buy | 06/08/12 | J | | |
| 192. -Exxon Mobile Corp (Common) | | | | | Buy (add'l) | 08/17/12 | J | | |
| 193. -F5 Networks Inc (Common) | | | | | Buy | 04/20/12 | J | | |
| 194. -F5 Networks Inc (Common) | | | | | Buy (add'l) | 05/24/12 | J | | |
| 195. -Family Dollar Stores (Common) | | | | | Buy | 05/23/12 | J | | |
| 196. -Family Dollar Stores (Common) | | | | | Sold | 09/19/12 | J | | |
| 197. -Fidelity National Financial (Common) | | | | | Buy | 09/25/12 | J | | |
| 198. -Fidelity National Information Systems (Common) | | | | | Buy | 09/24/12 | J | | |
| 199. -Fidelity National Information Systems (Common) | | | | | Buy (add'l) | 11/11/12 | J | | |
| 200. -Fiserv Inc (Common) | | | | | Buy | 12/21/12 | J | | |
| 201. -Flowserve Corp (Common) | | | | | Sold (part) | 02/08/12 | J | | |
| 202. -Flowserve Corp (Common) | | | | | Sold (part) | 04/19/12 | J | | |
| 203. -Flowserve Corp (Common) | | | | | Sold | 06/19/12 | J | A | |
| 204. -FMC Technologies Inc (Common) | | | | | Sold (part) | 02/01/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -FMC Technologies Inc (Common) | | | | | Sold | 08/28/12 | J | A | |
| 206. -Freeport-McMoran Copper (Common) | | | | | Buy | 01/13/12 | J | | |
| 207. -Freeport-McMoran Copper (Common) | | | | | Buy (add'l) | 01/20/12 | J | | |
| 208. -Freeport-McMoran Copper (Common) | | | | | Buy (add'l) | 03/28/12 | J | | |
| 209. -Freeport-McMoran Copper (Common) | | | | | Sold | 06/01/12 | J | | |
| 210. -Gamestop Corp (Common) | | | | | Sold | 04/09/12 | J | | |
| 211. -Gannett Co (Common) | | | | | Sold (part) | 07/11/12 | J | A | |
| 212. -Gannett Co (Common) | | | | | Sold (part) | 07/17/12 | J | A | |
| 213. -Gannett Co (Common) | | | | | Sold | 09/24/12 | J | B | |
| 214. -General Electric Co (Common) | | | | | Buy (add'l) | 08/16/12 | J | | |
| 215. -General Mills Inc (Common) | | | | | Sold | 08/15/12 | J | | |
| 216. -Gilead Sciences Inc (Common) | | | | | Sold (part) | 05/17/12 | J | A | |
| 217. -Gilead Sciences Inc (Common) | | | | | Sold (part) | 08/16/12 | J | A | |
| 218. -Gilead Sciences Inc (Common) | | | | | Sold (part) | 09/27/12 | J | A | |
| 219. -Gilead Sciences Inc (Common) | | | | | Sold | 10/05/12 | J | A | |
| 220. -Goldman Sachs Group Inc (Common) | | | | | Buy (add'l) | 02/24/12 | J | | |
| 221. -Goldman Sachs Group Inc (Common) | | | | | Sold (part) | 03/26/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222.  -Goldman Sachs Group Inc (Common) | | | | | Sold (part) | 03/27/12 | J | | |
| 223.  -Goldman Sachs Group Inc (Common) | | | | | Sold | 06/21/12 | J | | |
| 224.  -Goodrich Corp (Common) | | | | | Sold (part) | 02/07/12 | J | A | |
| 225.  -Goodrich Corp (Common) | | | | | Sold | 02/14/12 | J | A | |
| 226.  -Google Inc (Common) | | | | | Sold (part) | 01/06/12 | J | A | |
| 227.  -Google Inc (Common) | | | | | Sold (part) | 01/10/12 | J | A | |
| 228.  -Google Inc (Common) | | | | | Buy (add'l) | 03/14/12 | J | | |
| 229.  -Google Inc (Common) | | | | | Sold (part) | 06/18/12 | J | B | |
| 230.  -Google Inc (Common) | | | | | Buy (add'l) | 08/17/12 | J | | |
| 231.  -Greenfield Financial Group (Common) (renamed Wheels Group) | | | | | | | | | |
| 232.  -Halliburton Co (Common) | | | | | Buy | 06/21/12 | J | | |
| 233.  -Halliburton Co (Common) | | | | | Sold (part) | 08/14/12 | J | A | |
| 234.  -Halliburton Co (Common) | | | | | Sold | 09/21/12 | J | A | |
| 235.  -Harley Davidson Inc (Common) | | | | | Buy (add'l) | 07/13/12 | J | | |
| 236.  -Harris Corp (Common) | | | | | Buy | 10/09/12 | J | | |
| 237.  -Health Net Inc (Common) | | | | | | | | | |
| 238.  -Hershey Co (Common) | | | | | Buy (add'l) | 01/04/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  -Hershey Co (Common) | | | | | Buy (add'l) | 02/15/12 | J | | |
| 240.  -Hershey Co (Common) | | | | | Buy (add'l) | 02/21/12 | J | | |
| 241.  -Hershey Co (Common) | | | | | Sold | 08/17/12 | J | A | |
| 242.  -Hewlett Packard Co (Common) | | | | | Buy (add'l) | 03/07/12 | J | | |
| 243.  -Hewlett Packard Co (Common) | | | | | Buy (add'l) | 04/10/12 | J | | |
| 244.  -Home Depot Inc (Common) | | | | | Buy | 05/30/12 | J | | |
| 245.  -Home Depot Inc (Common) | | | | | Buy (add'l) | 08/17/12 | J | | |
| 246.  -Home Depot Inc (Common) | | | | | Sold (part) | 11/12/12 | J | A | |
| 247.  -IDEXX Labs Corp (Common) | | | | | Buy | 07/20/12 | J | | |
| 248.  -IDEXX Labs Corp (Common) | | | | | Buy (add'l) | 08/08/12 | J | | |
| 249.  -Illumina Inc (Common) | | | | | Sold (part) | 04/03/12 | J | A | |
| 250.  -Illumina Inc (Common) | | | | | Sold | 05/17/12 | J | A | |
| 251.  -Informatica Corp (Common) | | | | | Buy | 02/13/12 | J | | |
| 252.  -Informatica Corp (Common) | | | | | Buy (add'l) | 06/28/12 | J | | |
| 253.  -Informatica Corp (Common) | | | | | Sold | 08/21/12 | J | | |
| 254.  -Ingersoll-Rand PLC (Common) | | | | | Sold | 02/02/12 | J | A | |
| 255.  -Intercontinental Exchange Inc (Common) | | | | | Buy | 08/30/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Intercontinental Exchange Inc (Common) | | | | | Buy (add'l) | 11/13/12 | J | | |
| 257. -Intercontinental Exchange Inc (Common) | | | | | Buy (add'l) | 12/20/12 | J | | |
| 258. -Intercontinental Exchange Inc (Common) | | | | | Buy (add'l) | 12/21/12 | J | | |
| 259. -International Business Machines Corp (Common) | | | | | Buy | 05/31/12 | J | | |
| 260. -International Business Machines Corp (Common) | | | | | Buy (add'l) | 08/16/12 | J | | |
| 261. -International Business Machines Corp (Common) | | | | | Buy (add'l) | 09/25/12 | J | | |
| 262. -Intuit Inc (Common) | | | | | Sold (part) | 10/15/12 | J | A | |
| 263. -Intuitive Surgical Inc (Common) | | | | | Buy | 10/12/12 | J | | |
| 264. -Intuitive Surgical Inc (Common) | | | | | Buy (add'l) | 11/08/12 | J | | |
| 265. -Intuitive Surgical Inc (Common) | | | | | Buy (add'l) | 12/21/12 | J | | |
| 266. -Johnson &Johnson (Common) | | | | | Sold (part) | 06/22/12 | J | A | |
| 267. -Johnson Controls Inc (Common) | | | | | Sold (part) | 01/19/12 | J | A | |
| 268. -Johnson Controls Inc (Common) | | | | | Sold | 02/13/12 | J | A | |
| 269. -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 03/14/12 | J | A | |
| 270. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 03/27/12 | J | | |
| 271. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 03/28/12 | J | | |
| 272. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 04/05/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 04/23/12 | J | | |
| 274. -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 05/31/12 | J | | |
| 275. -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 06/26/12 | J | | |
| 276. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 10/23/12 | J | | |
| 277. -Kimberly-Clark Corp (Common) | | | | | Buy | 06/19/12 | J | | |
| 278. -Kimberly-Clark Corp (Common) | | | | | Sold | 08/30/12 | J | A | |
| 279. -Kinder Morgan Inc (Common) | | | | | Buy | 10/15/12 | J | | |
| 280. -Kinder Morgan Inc (Common) | | | | | Buy (add'l) | 10/26/12 | J | | |
| 281. -Kinder Morgan Inc (Common) | | | | | Buy (add'l) | 11/12/12 | J | | |
| 282. -Kraft Foods Group (Common) | | | | | Spinoff (from line 338) | 10/05/12 | J | | |
| 283. -Kraft Foods Inc (Common) (renamed Mondelez Int'l) | | | | | Buy | 08/02/12 | J | | |
| 284. -Kraft Foods Inc (Common) (renamed Mondelez Int'l) | | | | | Buy (add'l) | 08/21/12 | J | | |
| 285. -Kroger Co (Common) | | | | | Buy (add'l) | 02/06/12 | J | | |
| 286. -LAM Research Corp (Common) | | | | | Sold | 07/30/12 | J | | |
| 287. -Las Vegas Sands Corp (Common) | | | | | Buy (add'l) | 01/25/12 | J | | |
| 288. -Las Vegas Sands Corp (Common) | | | | | Buy (add'l) | 06/14/12 | J | | |
| 289. -Las Vegas Sands Corp (Common) | | | | | Sold (part) | 08/24/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -Las Vegas Sands Corp (Common) | | | | | Sold | 12/03/12 | J | A | |
| 291. -Lear Corp (Common) | | | | | Sold | 07/31/12 | J | | |
| 292. -Liberty Interactive Corp (Common) | | | | | Buy | 03/07/12 | J | | |
| 293. -Liberty Interactive Corp (Common) | | | | | Sold | 08/03/12 | J | A | |
| 294. -Liberty Media Corp (Common) | | | | | Buy | 10/23/12 | J | | |
| 295. -Limited Brands Inc (Common) | | | | | Sold (part) | 01/05/12 | J | A | |
| 296. -Limited Brands Inc (Common) | | | | | Sold | 01/23/12 | J | A | |
| 297. -Linkedin Corp (Common) | | | | | Buy | 11/08/12 | J | | |
| 298. -Lorillard Inc (Common) | | | | | | | | | |
| 299. -Lowe's Cos Inc (Common) | | | | | Sold | 02/06/12 | J | A | |
| 300. -Lyondellbasell Industries (Common) | | | | | Sold (part) | 01/09/12 | J | | |
| 301. -Lyondellbasell Industries (Common) | | | | | Sold (part) | 02/02/12 | J | A | |
| 302. -Lyondellbasell Industries (Common) | | | | | Buy (add'l) | 05/01/12 | J | | |
| 303. -Lyondellbasell Industries (Common) | | | | | Buy (add'l) | 12/06/12 | J | | |
| 304. -Macy's Inc (Common) | | | | | Buy | 08/29/12 | J | | |
| 305. -Marathon Oil Corp (Common) | | | | | Sold (part) | 01/10/12 | J | A | |
| 306. -Marathon Oil Corp (Common) | | | | | Sold | 06/15/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Marathon Petroleum Corp (Common) | | | | | Sold (part) | 01/31/12 | J | A | |
| 308. -Marathon Petroleum Corp (Common) | | | | | Sold (part) | 02/10/12 | J | A | |
| 309. -Marathon Petroleum Corp (Common) | | | | | Sold | 08/28/12 | J | B | |
| 310. -Marsh & McLennan Cos Inc (Common) | | | | | Buy | 12/21/12 | J | | |
| 311. -Marvell Technology Group (Common) | | | | | Sold (part) | 04/26/12 | J | | |
| 312. -Marvell Technology Group (Common) | | | | | Sold | 05/07/12 | J | | |
| 313. -McDonald's Corp (Common) | | | | | Buy | 06/15/12 | J | | |
| 314. -McDonald's Corp (Common) | | | | | Sold (part) | 11/08/12 | J | | |
| 315. -McGraw Hill Cos Inc (Common) | | | | | Sold | 08/15/12 | J | | |
| 316. -McKesson Corp (Common) | | | | | Buy | 03/06/12 | J | | |
| 317. -McKesson Corp (Common) | | | | | Buy (add'l) | 05/08/12 | J | | |
| 318. -McKesson Corp (Common) | | | | | Buy (add'l) | 06/01/12 | J | | |
| 319. -McKesson Corp (Common) | | | | | Sold (part) | 08/28/12 | J | | |
| 320. -Medtronic Inc (Common) | | | | | Buy | 09/21/12 | J | | |
| 321. -Medtronic Inc (Common) | | | | | Buy (add'l) | 11/21/12 | J | | |
| 322. -Merck & Co Inc (Common) | | | | | Buy | 08/06/12 | J | | |
| 323. -Merck & Co Inc (Common) | | | | | Buy (add'l) | 09/25/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. -Metlife Inc (Common) | | | | | Sold (part) | 01/03/12 | J | | |
| 325. -Metlife Inc (Common) | | | | | Sold (part) | 03/27/12 | J | | |
| 326. -Metlife Inc (Common) | | | | | Sold | 06/21/12 | J | | |
| 327. -MGM Resorts International (Common) | | | | | Buy | 02/02/12 | J | | |
| 328. -MGM Resorts International (Common) | | | | | Buy (add'l) | 02/03/12 | J | | |
| 329. -MGM Resorts International (Common) | | | | | Buy (add'l) | 02/22/12 | J | | |
| 330. -MGM Resorts International (Common) | | | | | Buy (add'l) | 03/06/12 | J | | |
| 331. -MGM Resorts International (Common) | | | | | Buy (add'l) | 04/24/12 | J | | |
| 332. -Micron Technology Inc (Common) | | | | | Sold (part) | 08/03/12 | J | A | |
| 333. -Microsoft Corp (Common) | | | | | Buy | 06/28/12 | J | | |
| 334. -Microsoft Corp (Common) | | | | | Buy (add'l) | 08/16/12 | J | | |
| 335. -Microsoft Corp (Common) | | | | | Buy (add'l) | 09/20/12 | J | | |
| 336. -Microsoft Corp (Common) | | | | | Sold (part) | 10/23/12 | J | | |
| 337. -Microsoft Corp (Common) | | | | | Buy (add'l) | 11/27/12 | J | | |
| 338. -Mondelez International fka Kraft Foods Inc (Common) | | | | | Sold | 10/05/12 | J | A | |
| 339. -Monsanto Co (Common) | | | | | Sold (part) | 01/06/12 | J | A | |
| 340. -Monsanto Co (Common) | | | | | Sold (part) | 02/23/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -Monsanto Co (Common) | | | | | Sold | 05/30/12 | J | A | |
| 342. -Moody's Corp (Common) | | | | | Sold (part) | 04/18/12 | J | A | |
| 343. -Moody's Corp (Common) | | | | | Sold | 09/13/12 | J | A | |
| 344. -Morgan Stanley (Common) | | | | | Sold | 05/04/12 | J | | |
| 345. -National - Oilwell Inc (Common) | | | | | Buy | 02/14/12 | J | | |
| 346. -National - Oilwell Inc (Common) | | | | | Buy (add'l) | 03/28/12 | J | | |
| 347. -National - Oilwell Inc (Common) | | | | | Buy (add'l) | 06/21/12 | J | | |
| 348. -National - Oilwell Inc (Common) | | | | | Sold (part) | 09/12/12 | J | A | |
| 349. -Newell Rubbermaid Inc (Common) | | | | | Sold | 08/29/12 | J | A | |
| 350. -Nexen Inc (Common) | | | | | Buy | 01/11/12 | J | | |
| 351. -Nexen Inc (Common) | | | | | Buy (add'l) | 01/12/12 | J | | |
| 352. -Nexen Inc (Common) | | | | | Sold | 04/20/12 | J | A | |
| 353. -Noble Energy Inc (Common) | | | | | Buy (add'l) | 12/07/12 | J | | |
| 354. -Noble Energy Inc (Common) | | | | | Sold (part) | 07/24/12 | J | A | |
| 355. -Northrop Grumman Corp (Common) | | | | | Sold | 05/14/12 | J | A | |
| 356. -NV Energy Inc (Common) | | | | | Buy (add'l) | 07/25/12 | J | | |
| 357. -NV Energy Inc (Common) | | | | | Sold (part) | 12/13/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -NVR Inc (Common) | | | | | Buy (add'l) | 08/24/12 | J | | |
| 359. -NVR Inc (Common) | | | | | Sold | 09/24/12 | J | A | |
| 360. -Oracle Corp (Common) | | | | | Sold | 06/19/12 | J | A | |
| 361. -O'Reilly Automotive Inc (Common) | | | | | Buy | 06/27/12 | J | | |
| 362. -O'Reilly Automotive Inc (Common) | | | | | Buy (add'l) | 07/02/12 | J | | |
| 363. -O'Reilly Automotive Inc (Common) | | | | | Sold | 12/21/12 | J | A | |
| 364. -Partnerre LTD (Common) | | | | | Buy | 11/16/12 | J | | |
| 365. -Pepsico Inc (Common) | | | | | Sold (part) | 01/12/12 | J | A | |
| 366. -Pepsico Inc (Common) | | | | | Buy (add'l) | 07/26/12 | J | | |
| 367. -Pepsico Inc (Common) | | | | | Buy (add'l) | 08/16/12 | J | | |
| 368. -Pepsico Inc (Common) | | | | | Sold | 09/24/12 | J | | |
| 369. -Perrigo Inc (Common) | | | | | Buy (add'l) | 02/22/12 | J | | |
| 370. -Perrigo Inc (Common) | | | | | Sold | 06/14/12 | J | A | |
| 371. -Petsmart (Common) | | | | | Buy | 12/21/12 | J | | |
| 372. -Pfizer Inc (Common) | | | | | Sold (part) | 08/16/12 | J | | |
| 373. -Pfizer Inc (Common) | | | | | Sold (part) | 11/27/12 | J | | |
| 374. -Philip Morris International (Common) | | | | | Buy | 05/21/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -Philip Morris International (Common) | | | | | Buy (add'l) | 08/29/12 | J | | |
| 376. -Philip Morris International (Common) | | | | | Buy (add'l) | 10/11/12 | J | | |
| 377. -Philip Morris International (Common) | | | | | Buy (add'l) | 11/08/12 | J | | |
| 378. -Potash Corp of Saskachewan (Common) | | | | | Buy (add'l) | 01/09/12 | J | | |
| 379. -Potash Corp of Saskachewan (Common) | | | | | Sold (part) | 04/25/12 | J | | |
| 380. -Potash Corp of Saskachewan (Common) | | | | | Sold | 05/23/12 | J | | |
| 381. -Precision Castparts Corp (Common) | | | | | Buy (add'l) | 01/26/12 | J | | |
| 382. -Precision Castparts Corp (Common) | | | | | Sold (part) | 11/28/12 | J | A | |
| 383. -Priceline.Com Inc (Common) | | | | | Buy | 06/19/12 | J | | |
| 384. -Priceline.Com Inc (Common) | | | | | Buy (add'l) | 08/26/12 | J | | |
| 385. -Priceline.Com Inc (Common) | | | | | Sold | 10/31/12 | J | | |
| 386. -Procter & Gamble Co (Common) | | | | | Sold (part) | 03/15/12 | J | A | |
| 387. -Procter & Gamble Co (Common) | | | | | Buy (add'l) | 05/21/12 | J | | |
| 388. -Pulte Group Inc (Common) | | | | | Buy | 09/11/12 | J | | |
| 389. -Pulte Group Inc (Common) | | | | | Buy (add'l) | 09/13/12 | J | | |
| 390. -Pulte Group Inc (Common) | | | | | Buy (add'l) | 10/24/12 | J | | |
| 391. -PVH Corp (Common) | | | | | Sold | 07/13/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -Qualcomm Inc (Common) | | | | | Sold (part) | 05/21/12 | J | A | |
| 393. -Qualcomm Inc (Common) | | | | | Sold | 08/21/12 | J | A | |
| 394. -Reynolds American Inc (Common) | | | | | Buy | 05/22/12 | J | | |
| 395. -Reynolds American Inc (Common) | | | | | Buy (add'l) | 11/08/12 | J | | |
| 396. -Rockwell Automation Inc (Common) | | | | | Sold (part) | 01/11/12 | J | A | |
| 397. -Rockwell Automation Inc (Common) | | | | | Sold | 08/21/12 | J | A | |
| 398. -Salesforce.com Inc (Common) | | | | | Sold | 05/18/12 | J | A | |
| 399. -Schlumbergr LTD (Common) | | | | | Buy (add'l) | 01/18/12 | J | | |
| 400. -Schlumbergr LTD (Common) | | | | | Sold (part) | 06/15/12 | J | | |
| 401. -Schlumbergr LTD (Common) | | | | | Buy (add'l) | 08/20/12 | J | | |
| 402. -Schlumbergr LTD (Common) | | | | | Sold (part) | 12/20/12 | J | | |
| 403. -Sherwin Williams Co (Common) | | | | | Buy | 06/13/12 | J | | |
| 404. -Sherwin Williams Co (Common) | | | | | Buy (add'l) | 09/12/12 | J | | |
| 405. -Starbucks Corp (Common) | | | | | Sold (part) | 01/27/12 | J | A | |
| 406. -Starbucks Corp (Common) | | | | | Sold (part) | 04/19/12 | J | A | |
| 407. -Starbucks Corp (Common) | | | | | Buy (add'l) | 07/13/12 | J | | |
| 408. -Stryker Corp (Common) | | | | | Buy | 01/05/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.  -Stryker Corp (Common) | | | | | Buy (add'l) | 01/09/12 | J | | |
| 410.  -Stryker Corp (Common) | | | | | Buy (add'l) | 01/11/12 | J | | |
| 411.  -Stryker Corp (Common) | | | | | Buy (add'l) | 01/18/12 | J | | |
| 412.  -Stryker Corp (Common) | | | | | Buy (add'l) | 01/30/12 | J | | |
| 413.  -Stryker Corp (Common) | | | | | Sold | 08/13/12 | J | A | |
| 414.  -Tax-Aware Overlay (Common) | | | | | Buy (add'l) | 12/11/12 | J | | |
| 415.  -The Walt Disney Co (Common) | | | | | Buy (add'l) | 01/09/12 | J | | |
| 416.  -The Walt Disney Co (Common) | | | | | Sold (part) | 06/08/12 | J | A | |
| 417.  -The Walt Disney Co (Common) | | | | | Sold (part) | 10/15/12 | J | A | |
| 418.  -The Walt Disney Co (Common) | | | | | Sold (part) | 10/23/12 | J | A | |
| 419.  -Tibco Software Inc (Common) | | | | | Buy | 03/15/12 | J | | |
| 420.  -Tibco Software Inc (Common) | | | | | Buy (add'l) | 05/24/12 | J | | |
| 421.  -Tibco Software Inc (Common) | | | | | Buy (add'l) | 08/23/12 | J | | |
| 422.  -Time Warner Inc (Common) | | | | | Buy | 08/01/12 | J | | |
| 423.  -Time Warner Inc (Common) | | | | | Buy (add'l) | 08/20/12 | J | | |
| 424.  -Time Warner Cable (Common) | | | | | Sold (part) | 08/21/12 | J | B | |
| 425.  -TJX Companies Inc (Common) | | | | | Buy | 09/25/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. -TJX Companies Inc (Common) | | | | | Buy (add'l) | 09/27/12 | J | | |
| 427. -TJX Companies Inc (Common) | | | | | Buy (add'l) | 10/31/12 | J | | |
| 428. -Transocean LTD (Common) | | | | | Sold (part) | 05/22/12 | J | | |
| 429. -Transocean LTD (Common) | | | | | Sold | 11/07/12 | J | | |
| 430. -Travelers Cos Inc (Common) | | | | | Sold (part) | 03/16/12 | J | A | |
| 431. -Travelers Cos Inc (Common) | | | | | Sold | 06/21/12 | J | A | |
| 432. -TRW Automotive Holdings Corp (Common) | | | | | Sold | 07/27/12 | J | | |
| 433. -Tyson Foods Inc (Common) | | | | | Sold (part) | 02/01/12 | J | | |
| 434. -Tyson Foods Inc (Common) | | | | | Sold (part) | 11/16/12 | J | | |
| 435. -Tyson Foods Inc (Common) | | | | | Buy (add'l) | 05/22/12 | J | | |
| 436. -Tyson Foods Inc (Common) | | | | | Buy (add'l) | 09/20/12 | J | | |
| 437. -Tyson Foods Inc (Common) | | | | | Buy (add'l) | 10/24/12 | J | | |
| 438. -Ulta Salon Cosmetics & Frangrance (Common) | | | | | Buy | 12/05/12 | J | | |
| 439. -Ulta Salon Cosmetics & Frangrance (Common) | | | | | Buy (add'l) | 12/26/12 | J | | |
| 440. -Union Pacific Corp (Common) | | | | | Buy | 08/22/12 | J | | |
| 441. -United Parcel Service (Common) | | | | | Sold (part) | 04/11/12 | J | A | |
| 442. -United Parcel Service (Common) | | | | | Sold | 05/07/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 71

**Name of Person Reporting**

CLELAND, ROBERT H.

**Date of Report**

05/23/1014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. -United Technologies Corp (Common) | | | | | Buy | 08/22/12 | J | | |
| 444. -United Technologies Corp (Common) | | | | | Buy (add'l) | 09/07/12 | J | | |
| 445. -UnitedHealth Group Inc (Common) | | | | | | | | | |
| 446. -US Bancorp (Common) | | | | | Buy | 06/12/12 | J | | |
| 447. -US Bancorp (Common) | | | | | Buy (add'l) | 08/20/12 | J | | |
| 448. -US Bancorp (Common) | | | | | Sold (part) | 10/15/12 | J | A | |
| 449. -Verizon Communications Inc (Common) | | | | | Buy | 07/18/12 | J | | |
| 450. -Verizon Communications Inc (Common) | | | | | Buy (add'l) | 08/17/12 | J | | |
| 451. -Vertex Pharmaceuticals Inc (Common) | | | | | Buy | 01/10/12 | J | | |
| 452. -Vertex Pharmaceuticals Inc (Common) | | | | | Buy (add'l) | 11/05/12 | J | | |
| 453. -VF Corp (Common) | | | | | Sold | 07/27/12 | J | A | |
| 454. -Viacom Inc (Common) | | | | | Sold (part) | 08/16/12 | J | A | |
| 455. -Visa Inc (Common) | | | | | Buy (add'l) | 03/07/12 | J | | |
| 456. -Visa Inc (Common) | | | | | Buy (add'l) | 06/26/12 | J | | |
| 457. -Visa Inc (Common) | | | | | Sold (part) | 08/17/12 | J | A | |
| 458. -Visa Inc (Common) | | | | | Sold (part) | 08/24/12 | J | A | |
| 459. -Walgreen Co(Common) | | | | | Buy | 07/30/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. -Walgreen Co(Common) | | | | | Sold (part) | 11/09/12 | J | | |
| 461. -Walgreen Co(Common) | | | | | Sold | 12/21/12 | J | A | |
| 462. -Wal-Mart Stores, Inc (Common) | | | | | Buy | 05/21/12 | J | | |
| 463. -Wal-Mart Stores, Inc (Common) | | | | | Buy (add'l) | 08/16/12 | J | | |
| 464. -Watson Pharmaceuticals Inc (Common) | | | | | Buy | 01/06/12 | J | | |
| 465. -Watson Pharmaceuticals Inc (Common) | | | | | Buy (add'l) | 01/12/12 | J | | |
| 466. -Watson Pharmaceuticals Inc (Common) | | | | | Sold | 01/24/12 | J | | |
| 467. -Wellpoint Inc (Common) | | | | | Buy (add'l) | 02/08/12 | J | | |
| 468. -Wellpoint Inc (Common) | | | | | Buy (add'l) | 05/17/12 | J | | |
| 469. -Wells Fargo & Company (Common) | | | | | Buy (add'l) | 02/13/12 | J | | |
| 470. -Wells Fargo & Company (Common) | | | | | Buy (add'l) | 02/21/12 | J | | |
| 471. -Wells Fargo & Company (Common) | | | | | Buy (add'l) | 03/08/12 | J | | |
| 472. -Wells Fargo & Company (Common) | | | | | Buy (add'l) | 03/20/12 | J | | |
| 473. -Wells Fargo & Company (Common) | | | | | Buy (add'l) | 03/23/12 | J | | |
| 474. -Wells Fargo & Company (Common) | | | | | Buy (add'l) | 03/26/12 | J | | |
| 475. -Wells Fargo & Company (Common) | | | | | Buy (add'l) | 03/27/12 | J | | |
| 476. -Wheels Group, Inc (Common)fka Greenfield Financial | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 32 of 71

Name of Person Reporting

CLELAND, ROBERT H.

Date of Report

05/23/1014

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. -Wisconsin Energy Corp (Common) | | | | | Buy | 06/19/12 | J | | |
| 478. -Wisconsin Energy Corp (Common) | | | | | Sold | 09/19/12 | J | | |
| 479. -Xcel Energy Inc (Common) | | | | | Buy | 07/19/12 | J | | |
| 480. -Xcel Energy Inc (Common) | | | | | Sold | 09/20/12 | J | | |
| 481. -Yum! Brand Inc (Common) | | | | | Buy | 06/01/12 | J | | |
| 482. -Yum! Brand Inc (Common) | | | | | Sold | 07/11/12 | J | | |
| 483. S2 | C | Int./Div. | N | T | | | | | |
| 484. -DFA International Small Cap Value Fund | | | | | Buy (add'l) | 07/17/12 | J | | |
| 485. -DFA International Value Fund | | | | | | | | | |
| 486. -DFA US Large Cap Value Fund | | | | | | | | | |
| 487. -DFA US Vector Equity Fund | | | | | | | | | |
| 488. -Greenfield Commercial Credit LLC | | | | | | | | | |
| 489. -Hennessy Focus 30 Fund | | | | | | | | | |
| 490. -iShares S&P 500 Growth Index Fund | | | | | Buy (add'l) | 02/02/12 | J | | |
| 491. -Lincoln National (Common) | | | | | | | | | |
| 492. -Marketfield Fund | | | | | Sold (part) | 07/17/12 | J | C | |
| 493. -Matthews Asian Growth & Income Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 33 of 71

**Name of Person Reporting**

CLELAND, ROBERT H.

**Date of Report**

05/23/1014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. -Touchstone Sand Capital Inst Fund | | | | | | | | | |
| 495. -Vanguard Emerging Market Fund | | | | | Sold | 02/02/12 | K | A | |
| 496. IRA1 | D | Int./Div. | N | T | | | | | |
| 497. -DFA International Small Cap Value Fund | | | | | | | | | |
| 498. -DFA International Value Fund | | | | | Buy (add'l) | 02/06/12 | J | | |
| 499. -DFA International Value Fund | | | | | Buy (add'l) | 07/17/12 | J | | |
| 500. -DFA International Value Fund | | | | | Sold (part) | 08/31/12 | J | | |
| 501. -DFA US Large Cap Value Fund | | | | | Buy | 02/06/12 | J | | |
| 502. -DFA US Vector Equity Fund | | | | | Sold (part) | 08/31/12 | J | | |
| 503. -Excel Trust Inc (Common) | | | | | Buy | 09/17/12 | K | | |
| 504. -Excel Trust Inc (Common) | | | | | Buy (add'l) | 11/08/12 | J | | |
| 505. -Goldman Sachs Rising Dividend Gr Instl Fund | | | | | Buy | 09/25/12 | K | | |
| 506. -Greenfield Commercial Credit LLC | | | | | | | | | |
| 507. -Hodges Small Cap Fund | | | | | Sold (part) | 02/02/12 | J | A | |
| 508. -Hodges Small Cap Fund | | | | | Sold (part) | 08/31/12 | J | B | |
| 509. -Hussman Strategic Growth Fund | | | | | Sold | 02/06/12 | K | B | |
| 510. -iShares S&P 500 Growth Index Fund | | | | | Buy | 02/02/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 71

Name of Person Reporting

CLELAND, ROBERT H.

Date of Report

05/23/1014

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. -iShares S&P 500 Growth Index Fund | | | | | Buy | 08/31/12 | J | | |
| 512. -iShares TR Russell 2000 Growth Index Fund | | | | | Sold | 03/22/12 | K | C | |
| 513. -Linn Energy, LLC (Common) | | | | | Buy | 09/14/12 | J | | |
| 514. -Linn Energy, LLC (Common) | | | | | Buy (add'l) | 09/14/12 | J | | |
| 515. -Linn Energy, LLC (Common) | | | | | Sold | 09/27/12 | K | A | |
| 516. -Marketfield Fund | | | | | Buy (add'l) | 02/06/12 | K | | |
| 517. -Marketfield Fund | | | | | Sold (part) | 08/31/12 | K | A | |
| 518. -Matthews Asian Growth & Income Fund | | | | | Sold (part) | 02/02/12 | J | | |
| 519. -Matthews Asian Growth & Income Fund | | | | | Sold (part) | 08/31/12 | J | | |
| 520. -Touchstone Sands Capital Inst Fund | | | | | Sold (part) | 08/31/12 | K | D | |
| 521. -Touchstone Sands Capital Inst Fund | | | | | Sold | 09/25/12 | K | C | |
| 522. -UMH Properties Inc (Common) | | | | | Buy | 09/17/12 | K | | |
| 523. -Vanguard Emerging Market Fund | | | | | Sold | 02/02/12 | J | A | |
| 524. -Vanguard High Dividend Yield Index | | | | | Buy | 03/22/12 | K | | |
| 525. -Vanguard High Dividend Yield Index | | | | | Sold (part) | 08/31/12 | K | A | |
| 526. IRA 2 | A | Int./Div. | L | T | | | | | |
| 527. -DFA International Value Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. -Marketfield Fund | | | | | Buy (add'l) | 10/24/12 | J | | |
| 529. -Matthews Asian Growth & Income Fund | | | | | | | | | |
| 530. FR 1 | E | Dividend | P1 | T | | | | | |
| 531. -AB Discovery Growth Fund | | | | | Buy | 06/18/12 | K | | |
| 532. -AB Discovery Value Fund | | | | | Buy | 06/12/12 | K | | |
| 533. -AB Discovery Value Fund | | | | | Buy | 12/26/12 | J | | |
| 534. -Abbott Laboratories (Common)TT LABORATORIES | | | | | Buy | 06/29/12 | J | | |
| 535. -Abbott Laboratories (Common)TT LABORATORIES | | | | | Sold | 11/08/12 | J | A | |
| 536. -Accenture PLC (Common) | | | | | Sold (part) | 01/19/12 | J | A | |
| 537. -Accenture PLC (Common) | | | | | Sold (part) | 02/09/12 | J | A | |
| 538. -Accenture PLC (Common) | | | | | Sold | 02/15/12 | J | A | |
| 539. -Affiliated Managers Group Inc (Common) | | | | | Buy | 12/07/12 | J | | |
| 540. -Allergan Inc (Common) | | | | | Sold (part) | 01/18/12 | J | A | |
| 541. -Allergan Inc (Common) | | | | | Sold | 08/09/12 | J | B | |
| 542. -Alliance Bernstein Cash (Fund) | | | | | | | | | |
| 543. -Altria Group Inc (Common) | | | | | Buy (add'l) | 05/21/12 | J | | |
| 544. -Altria Group Inc (Common) | | | | | Buy (add'l) | 07/26/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 71

Name of Person Reporting

CLELAND, ROBERT H.

Date of Report

05/23/1014

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 545. -Altria Group Inc (Common) | | | | | Buy (add'l) | 08/17/12 | J | | |
| 546. -Amazon.com Inc (Common) | | | | | Sold (part) | 06/08/12 | J | C | |
| 547. -Amazon.com Inc (Common) | | | | | Buy (add'l) | 10/26/12 | J | | |
| 548. - Ameren Corporation (Common) | | | | | Buy | 08/07/12 | J | | |
| 549. - Ameren Corporation (Common) | | | | | Sold | 12/28/12 | J | | |
| 550. -American Express Co (Common) | | | | | Buy | 06/12/12 | J | | |
| 551. -American Express Co (Common) | | | | | Sold (part) | 07/30/12 | J | A | |
| 552. -American Express Co (Common) | | | | | Sold | 11/01/12 | J | A | |
| 553. -Amgen Inc (Common) | | | | | Buy | 05/17/12 | J | | |
| 554. -Amgen Inc (Common) | | | | | Sold (part) | 08/16/12 | J | A | |
| 555. -Anadarko Petroleum Corp (Common) | | | | | Sold | 07/18/12 | J | | |
| 556. -Ansys Inc (Common) | | | | | Buy | 07/09/12 | J | | |
| 557. -Apollo Group Inc (Common) | | | | | Buy (add'l) | 03/07/12 | J | | |
| 558. -Apollo Group Inc (Common) | | | | | Sold | 10/18/12 | J | | |
| 559. -Apple Inc (Common) | | | | | Sold (part) | 03/06/12 | J | C | |
| 560. -Apple Inc (Common) | | | | | Sold (part) | 06/18/12 | J | D | |
| 561. -Apple Inc (Common) | | | | | Sold (part) | 07/20/12 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 37 of 71

Name of Person Reporting

CLELAND, ROBERT H.

Date of Report

05/23/1014

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562.  -Applied Materials Inc (Common) | | | | | Buy (add'l) | 02/01/12 | J | | |
| 563.  -Applied Materials Inc (Common) | | | | | Buy (add'l) | 07/17/12 | J | | |
| 564.  -Applied Materials Inc (Common) | | | | | Sold (part) | 09/14/12 | J | | |
| 565.  -Astrazeneca PLC Spons ADR (Common) | | | | | Buy (add'l) | 03/07/12 | J | | |
| 566.  -Astrazeneca PLC Spons ADR (Common) | | | | | Buy (add'l) | 09/10/12 | J | | |
| 567.  -Astrazeneca PLC Spons ADR (Common) | | | | | Sold (part) | 11/16/12 | J | | |
| 568.  -AT&T Inc (Common) | | | | | Buy | 03/07/12 | J | | |
| 569.  -AT&T Inc (Common) | | | | | Buy (add'l) | 08/23/12 | J | | |
| 570.  -AutoZone Inc (Common) | | | | | Buy | 08/17/12 | J | | |
| 571.  -AutoZone Inc (Common) | | | | | Sold | 11/08/12 | J | A | |
| 572.  -Bank of America Corp (Common) | | | | | Buy | 12/12/12 | J | | |
| 573.  -BB&T Corp (Common) | | | | | Buy | 09/18/12 | J | | |
| 574.  -Becton Dickinson & Co (Common) | | | | | Buy | 07/30/12 | J | | |
| 575.  -Becton Dickinson & Co (Common) | | | | | Buy (add'l) | 10/11/12 | J | | |
| 576.  -Berkshire Hathaway Inc (Common) | | | | | Buy | 07/17/12 | J | | |
| 577.  -Berkshire Hathaway Inc (Common) | | | | | Buy (add'l) | 08/21/12 | J | | |
| 578.  -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 03/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting: **CLELAND, ROBERT H.**

Date of Report: 05/23/1014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579.  -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 03/27/12 | J | | |
| 580.  -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 05/18/12 | J | | |
| 581.  -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 06/20/12 | J | | |
| 582.  -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 07/20/12 | J | | |
| 583.  -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 08/20/12 | J | | |
| 584.  -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 09/20/12 | J | | |
| 585.  -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 10/19/12 | J | | |
| 586.  -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 11/20/12 | J | | |
| 587.  -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 12/12/12 | J | | |
| 588.  -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 12/20/12 | J | | |
| 589.  -Bernstein Emergining Markets Portfolio | | | | | Buy (add'l) | 03/07/12 | J | | |
| 590.  -Bernstein Emergining Markets Portfolio | | | | | Buy (add'l) | 12/12/12 | J | | |
| 591.  -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 01/06/12 | J | | |
| 592.  -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 03/07/12 | K | | |
| 593.  -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 05/17/12 | J | | |
| 594.  -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 06/28/12 | J | | |
| 595.  -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 08/07/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 11/02/12 | J | | |
| 597. -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 12/12/12 | J | | |
| 598. -Biogen Idec Inc (Common) | | | | | Buy | 08/20/12 | J | | |
| 599. -BMC Software Inc (Common) | | | | | Buy | 07/31/12 | J | | |
| 600. -BMC Software Inc (Common) | | | | | Sold | 12/24/12 | J | A | |
| 601. -Boeing Co (Common) | | | | | Buy (add'l) | 02/17/12 | J | | |
| 602. -Boeing Co (Common) | | | | | Sold | 06/14/12 | J | A | |
| 603. -Borgwarner Inc (Common) | | | | | Sold (part) | 01/05/12 | J | | |
| 604. -Borgwarner Inc (Common) | | | | | Sold | 07/18/12 | J | | |
| 605. -BP PLC-Spons ADR (Common) | | | | | Buy (add'l) | 03/07/12 | J | | |
| 606. -BP PLC-Spons ADR (Common) | | | | | Buy (add'l) | 04/09/12 | J | | |
| 607. -BP PLC-Spons ADR (Common) | | | | | Sold (part) | 07/12/12 | J | | |
| 608. -Broadcom Corp (Common) | | | | | Sold (part) | 01/31/12 | J | A | |
| 609. -Broadcom Corp (Common) | | | | | Sold (part) | 04/27/12 | J | A | |
| 610. -Broadcom Corp (Common) | | | | | Sold | 06/18/12 | J | A | |
| 611. -CBRE Group Inc (Common) | | | | | Sold (part) | 03/14/12 | J | | |
| 612. -CBRE Group Inc (Common) | | | | | Sold | 07/09/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. -CBS Corp (Common) | | | | | Buy | 07/16/12 | J | | |
| 614. -CBS Corp (Common) | | | | | Sold | 08/17/12 | J | A | |
| 615. -Celgene Corp (Common) | | | | | Sold | 02/16/12 | J | A | |
| 616. -Centerpoint Energy Inc (Common) | | | | | Buy (add'l) | 02/15/12 | J | | |
| 617. -Centerpoint Energy Inc (Common) | | | | | Sold | 08/21/12 | J | A | |
| 618. -Centurylink Inc (Common) | | | | | Sold (part) | 03/05/12 | J | | |
| 619. -Centurylink Inc (Common) | | | | | Sold (part) | 06/06/12 | J | | |
| 620. -Centurylink Inc (Common) | | | | | Sold (part) | 08/03/12 | J | A | |
| 621. -Centurylink Inc (Common) | | | | | Sold | 10/08/12 | J | A | |
| 622. -Chevron Corp (Common) | | | | | Buy | 06/08/12 | J | | |
| 623. -Chevron Corp (Common) | | | | | Buy (add'l) | 08/17/12 | J | | |
| 624. -Chipotle Mexican Grill (Common) | | | | | Buy | 06/15/12 | J | | |
| 625. -Chipotle Mexican Grill (Common) | | | | | Buy (add'l) | 07/20/12 | J | | |
| 626. -Chipotle Mexican Grill (Common) | | | | | Sold (part) | 12/21/12 | J | | |
| 627. -Cisco Systems Inc (Common) | | | | | Buy (add'l) | 02/14/12 | J | | |
| 628. -Cisco Systems Inc (Common) | | | | | Buy (add'l) | 03/07/12 | J | | |
| 629. -Cisco Systems Inc (Common) | | | | | Buy (add'l) | 08/28/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 630.  -Cisco Systems Inc (Common) | | | | | Sold (part) | 12/21/12 | J | | |
| 631.  -CIT Group Inc (Common) | | | | | Buy (add'l) | 01/09/12 | J | | |
| 632.  -CIT Group Inc (Common) | | | | | Buy (add'l) | 01/27/12 | J | | |
| 633.  -CIT Group Inc (Common) | | | | | Buy (add'l) | 02/01/12 | J | | |
| 634.  -Citigroup Inc (Common) | | | | | Buy (add'l) | 08/23/12 | J | | |
| 635.  -Citigroup Inc (Common) | | | | | Sold (part) | 09/27/12 | J | | |
| 636.  -Citrix Systems Inc (Common) | | | | | Sold (part) | 02/21/12 | J | A | |
| 637.  -Citrix Systems Inc (Common) | | | | | Buy (add'l) | 08/21/12 | J | | |
| 638.  -Citrix Systems Inc (Common) | | | | | Buy (add'l) | 10/31/12 | J | | |
| 639.  -Citrix Systems Inc (Common) | | | | | Buy (add'l) | 11/28/12 | J | | |
| 640.  -Clorox Co (Common) | | | | | Buy | 08/15/12 | J | | |
| 641.  -Clorox Co (Common) | | | | | Buy (add'l) | 08/23/12 | J | | |
| 642.  -Clorox Co (Common) | | | | | Sold | 12/21/12 | J | A | |
| 643.  -CMS Energy Corp (Common) | | | | | Sold | 03/05/12 | J | A | |
| 644.  -Coach Inc (Common) | | | | | Buy | 04/12/12 | J | | |
| 645.  -Coach Inc (Common) | | | | | Buy (add'l) | 04/30/12 | J | | |
| 646.  -Coach Inc (Common) | | | | | Sold | 05/11/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. -Cognizant Tech Solutions (Common) | | | | | Buy | 04/20/12 | J | | |
| 648. -Cognizant Tech Solutions (Common) | | | | | Buy (add'l) | 04/26/12 | J | | |
| 649. -Cognizant Tech Solutions (Common) | | | | | Buy (add'l) | 08/21/12 | J | | |
| 650. -Comcast Corp (Common) | | | | | Sold (part) | 06/12/12 | J | B | |
| 651. -Conocophillips (Common) | | | | | Sold | 01/13/12 | J | A | |
| 652. -Consolidated Edison Inc (Common) | | | | | Buy | 07/30/12 | J | | |
| 653. -Consolidated Edison Inc (Common) | | | | | Sold | 09/20/12 | J | | |
| 654. -Constellation Brands Inc (Common) | | | | | Sold | 04/26/12 | J | B | |
| 655. -Corning Inc (Common) | | | | | Buy (add'l) | 03/07/12 | J | | |
| 656. -Corning Inc (Common) | | | | | Sold | 05/24/12 | J | | |
| 657. -Covidien PLC (Common) | | | | | Buy (add'l) | 01/04/12 | J | | |
| 658. -Covidien PLC (Common) | | | | | Sold | 08/28/12 | J | A | |
| 659. -Danaher Corp (Common) | | | | | Buy (add'l) | 02/23/12 | J | | |
| 660. -Danaher Corp (Common) | | | | | Sold (part) | 08/17/12 | J | A | |
| 661. -Danaher Corp (Common) | | | | | Sold (part) | 08/31/12 | J | A | |
| 662. -Dell Inc (Common) | | | | | Sold | 02/21/12 | J | A | |
| 663. -Delta Airlines Inc (Common) | | | | | Sold (part) | 02/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

CLELAND, ROBERT H.

05/23/1014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. -Delta Airlines Inc (Common) | | | | | Buy (add'l) | 08/17/12 | J | | |
| 665. -Devon Energy Corporation (Common) | | | | | Buy (add'l) | 03/07/12 | J | | |
| 666. -Devon Energy Corporation (Common) | | | | | Sold | 06/27/12 | J | | |
| 667. -Diamond Offshore Drilling (Common) | | | | | Buy | 11/08/12 | J | | |
| 668. -Diamond Offshore Drilling (Common) | | | | | Buy (add'l) | 11/14/12 | J | | |
| 669. -DirecTV (Common) | | | | | Buy (add'l) | 03/26/12 | J | | |
| 670. -DirecTV (Common) | | | | | Sold (part) | 06/12/12 | J | | |
| 671. -DirecTV (Common) | | | | | Buy (add'l) | 12/03/12 | J | | |
| 672. -Discover Financial Services (Common) | | | | | Buy | 12/03/12 | J | | |
| 673. -Dollar General Corp (Common) | | | | | Buy (add'l) | 07/09/12 | J | | |
| 674. -Dollar General Corp (Common) | | | | | Sold | 07/24/12 | J | B | |
| 675. -Dow Chemical (Common) | | | | | Sold (part) | 02/22/12 | J | A | |
| 676. -Dow Chemical (Common) | | | | | Sold (part) | 03/21/12 | J | A | |
| 677. -Dow Chemical (Common) | | | | | Sold | 03/27/12 | J | A | |
| 678. -Eaton Corp (Common) | | | | | Buy | 08/02/12 | J | | |
| 679. -Eaton Corp (Common) | | | | | Buy (add'l) | 08/14/12 | J | | |
| 680. -EBay Inc (Common) | | | | | Buy | 08/27/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

| | Name of Person Reporting | | Date of Report |
|---|---|---|---|

CLELAND, ROBERT H.

05/23/1014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681.  -Edison International (Common) | | | | | Buy | 02/21/12 | J | | |
| 682.  -Edison International (Common) | | | | | Sold (part) | 07/02/12 | J | A | |
| 683.  -Edison International (Common) | | | | | Buy (add'l) | 09/04/12 | J | | |
| 684.  -Edison International (Common) | | | | | Sold | 10/05/12 | J | A | |
| 685.  -EMC Corp (Common) | | | | | Sold | 06/18/12 | J | C | |
| 686.  -Emerson Electric Co (Common) | | | | | Buy | 01/30/12 | J | | |
| 687.  -Emerson Electric Co (Common) | | | | | Buy (add'l) | 02/01/12 | J | | |
| 688.  -Emerson Electric Co (Common) | | | | | Buy (add'l) | 03/20/12 | J | | |
| 689.  -Emerson Electric Co (Common) | | | | | Buy (add'l) | 03/28/12 | J | | |
| 690.  -Emerson Electric Co (Common) | | | | | Buy (add'l) | 08/29/12 | J | | |
| 691.  -Emerson Electric Co (Common) | | | | | Sold (part) | 11/15/12 | J | | |
| 692.  -Emerson Electric Co (Common) | | | | | Sold | 11/21/12 | J | | |
| 693.  -Entergy Corp (Common) | | | | | Buy | 10/02/12 | J | | |
| 694.  -Entergy Corp (Common) | | | | | Sold | 11/08/12 | J | | |
| 695.  -EOG Resources Inc (Common) | | | | | Sold (part) | 08/20/12 | J | A | |
| 696.  -EOG Resources Inc (Common) | | | | | Sold (part) | 09/13/12 | J | A | |
| 697.  -EOG Resources Inc (Common) | | | | | Sold (part) | 12/19/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|

CLELAND, ROBERT H.

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. -Estee Lauder Companies (Common) | | | | | Sold | 08/27/12 | J | A | |
| 699. -Everest Re Group Ltd (Common) | | | | | Buy | 12/28/12 | J | | |
| 700. -Express Scripts Inc (Common) | | | | | Buy (add'l) | 01/04/12 | J | | |
| 701. -Express Scripts Inc (Common) | | | | | Sold (part) | 04/26/12 | J | A | |
| 702. -Express Scripts Inc (Common) | | | | | Sold | 05/11/12 | J | A | |
| 703. -Exxon Mobile Corp (Common) | | | | | Buy | 06/08/12 | J | | |
| 704. -Exxon Mobile Corp (Common) | | | | | Buy (add'l) | 08/17/12 | J | | |
| 705. -F5 Networks Inc (Common) | | | | | Buy | 04/16/12 | J | | |
| 706. -F5 Networks Inc (Common) | | | | | Buy (add'l) | 05/24/12 | J | | |
| 707. -Family Dollar Stores (Common) | | | | | Buy | 05/23/12 | J | | |
| 708. -Family Dollar Stores (Common) | | | | | Sold | 09/19/12 | J | | |
| 709. -Fidelity National Financial Inc (Common) | | | | | Buy | 09/25/12 | J | | |
| 710. -Fidelity National Information Services (Common) | | | | | Buy | 09/20/12 | J | | |
| 711. -Fidelity National Information Services (Common) | | | | | Buy (add'l) | 11/12/12 | J | | |
| 712. -Fiserv Inc (Common) | | | | | Buy | 12/21/12 | J | | |
| 713. -Flowserve Corp (Common) | | | | | Sold (part) | 04/19/12 | J | | |
| 714. -Flowserve Corp (Common) | | | | | Sold | 06/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

CLELAND, ROBERT H.

05/23/1014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. -FMC Technologies Inc (Common) | | | | | Sold | 08/16/12 | J | A | |
| 716. -Freeport McMoran Copper (Common) | | | | | Buy | 01/13/12 | J | | |
| 717. -Freeport McMoran Copper (Common) | | | | | Buy (add'l) | 01/19/12 | J | | |
| 718. -Freeport McMoran Copper (Common) | | | | | Buy (add'l) | 01/20/12 | J | | |
| 719. -Freeport McMoran Copper (Common) | | | | | Buy (add'l) | 02/06/12 | J | | |
| 720. -Freeport McMoran Copper (Common) | | | | | Sold | 06/01/12 | J | | |
| 721. -Gamestop Corp (Common) | | | | | Sold | 04/09/12 | J | | |
| 722. -Gannett Co (Common) | | | | | Sold (part) | 07/17/12 | J | A | |
| 723. -Gannett Co (Common) | | | | | Sold | 09/24/12 | J | C | |
| 724. -General Electric Co (Common) | | | | | Buy (add'l) | 02/08/12 | J | | |
| 725. -General Electric Co (Common) | | | | | Buy (add'l) | 02/23/12 | J | | |
| 726. -General Electric Co (Common) | | | | | Buy (add'l) | 03/07/12 | J | | |
| 727. -General Electric Co (Common) | | | | | Sold (part) | 06/18/12 | J | A | |
| 728. -General Electric Co (Common) | | | | | Buy (add'l) | 08/27/12 | J | | |
| 729. -General Mills Inc (Common) | | | | | Buy (add'l) | 01/04/12 | J | | |
| 730. -General Mills Inc (Common) | | | | | Sold | 09/10/12 | J | A | |
| 731. -Gilead Sciences Inc (Common) | | | | | Buy (add'l) | 03/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

CLELAND, ROBERT H.

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. -Gilead Sciences Inc (Common) | | | | | Sold (part) | 05/17/12 | J | B | |
| 733. -Gilead Sciences Inc (Common) | | | | | Sold (part) | 08/16/12 | J | B | |
| 734. -Gilead Sciences Inc (Common) | | | | | Sold (part) | 09/27/12 | J | B | |
| 735. -Gilead Sciences Inc (Common) | | | | | Sold | 10/05/12 | J | B | |
| 736. -Goldman Sachs Group Inc (Common) | | | | | Buy (add'l) | 02/01/12 | J | | |
| 737. -Goldman Sachs Group Inc (Common) | | | | | Buy (add'l) | 02/09/12 | J | | |
| 738. -Goldman Sachs Group Inc (Common) | | | | | Buy (add'l) | 02/14/12 | J | | |
| 739. -Goldman Sachs Group Inc (Common) | | | | | Buy (add'l) | 02/22/12 | J | | |
| 740. -Goldman Sachs Group Inc (Common) | | | | | Sold (part) | 03/26/12 | J | | |
| 741. -Goldman Sachs Group Inc (Common) | | | | | Sold (part) | 03/27/12 | J | | |
| 742. -Goldman Sachs Group Inc (Common) | | | | | Sold (part) | 04/05/12 | J | A | |
| 743. -Goldman Sachs Group Inc (Common) | | | | | Sold | 06/21/12 | J | | |
| 744. -Goodrich Corp (Common) | | | | | Sold (part) | 02/03/12 | J | A | |
| 745. -Goodrich Corp (Common) | | | | | Sold (part) | 02/07/12 | J | A | |
| 746. -Goodrich Corp (Common) | | | | | Sold | 02/14/12 | J | A | |
| 747. -Google Inc (Common) | | | | | Buy (add'l) | 08/17/12 | J | | |
| 748. -Google Inc (Common) | | | | | Sold (part) | 06/18/12 | J | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

CLELAND, ROBERT H.

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. -Halliburton Co (Common) | | | | | Buy | 06/21/12 | J | | |
| 750. -Halliburton Co (Common) | | | | | Sold (part) | 08/14/12 | J | A | |
| 751. -Halliburton Co (Common) | | | | | Sold | 09/20/12 | J | B | |
| 752. -Harley Davidson Inc (Common) | | | | | Buy (add'l) | 07/13/12 | J | | |
| 753. -Harris Corp (Common) | | | | | Buy | 10/09/12 | J | | |
| 754. -Harris Corp (Common) | | | | | Buy (add'l) | 11/12/12 | J | | |
| 755. -Health Net Inc (Common) | | | | | Sold (part) | 06/20/12 | J | | |
| 756. -Hershey Co (Common) | | | | | Buy (add'l) | 02/15/12 | J | | |
| 757. -Hershey Co (Common) | | | | | Buy (add'l) | 02/23/12 | J | | |
| 758. -Hershey Co (Common) | | | | | Sold | 08/09/12 | J | A | |
| 759. -Hewlett Packard Co (Common) | | | | | Buy (add'l) | 01/11/12 | J | | |
| 760. -Hewlett Packard Co (Common) | | | | | Buy (add'l) | 03/07/12 | J | | |
| 761. -Home Depot Inc (Common) | | | | | Buy | 05/30/12 | J | | |
| 762. -Home Depot Inc (Common) | | | | | Buy (add'l) | 07/27/12 | J | | |
| 763. -Home Depot Inc (Common) | | | | | Buy (add'l) | 08/29/12 | J | | |
| 764. -Home Depot Inc (Common) | | | | | Sold (part) | 11/12/12 | J | A | |
| 765. -IDEXX Labs Corp (Common) | | | | | Buy | 07/20/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. -IDEXX Labs Corp (Common) | | | | | Buy (add'l) | 08/08/12 | J | | |
| 767. -IDEXX Labs Corp (Common) | | | | | Buy (add'l) | 11/13/12 | J | | |
| 768. -Illumina Inc (Common) | | | | | Sold (part) | 04/10/12 | J | A | |
| 769. -Illumina Inc (Common) | | | | | Sold | 05/17/12 | J | A | |
| 770. -Informatica Corp (Common) | | | | | Buy | 02/13/12 | J | | |
| 771. -Informatica Corp (Common) | | | | | Buy (add'l) | 06/28/12 | J | | |
| 772. -Informatica Corp (Common) | | | | | Sold | 08/21/12 | J | | |
| 773. -Ingersoll-Rand PLC (Common) | | | | | Sold (part) | 02/02/12 | J | A | |
| 774. -Ingersoll-Rand PLC (Common) | | | | | Sold | 07/05/12 | J | A | |
| 775. -Intercontinental Exchange Inc (Common) | | | | | Buy | 08/30/12 | J | | |
| 776. -Intercontinental Exchange Inc (Common) | | | | | Buy (add'l) | 11/13/12 | J | | |
| 777. -Intercontinental Exchange Inc (Common) | | | | | Buy (add'l) | 12/20/12 | J | | |
| 778. -IBM Corp (Common) | | | | | Buy | 05/31/12 | J | | |
| 779. -IBM Corp (Common) | | | | | Buy (add'l) | 08/16/12 | J | | |
| 780. -IBM Corp (Common) | | | | | Buy (add'l) | 09/24/12 | J | | |
| 781. -Intuit Inc (Common) | | | | | Sold (part) | 02/06/12 | J | A | |
| 782. -Intuit Inc (Common) | | | | | Buy (add'l) | 05/08/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. -Intuit Inc (Common) | | | | | Sold (part) | 10/12/12 | J | A | |
| 784. -Intuitive Surgical Inc (Common) | | | | | Buy | 10/12/12 | J | | |
| 785. -Intuitive Surgical Inc (Common) | | | | | Buy (add'l) | 11/08/12 | J | | |
| 786. -Intuitive Surgical Inc (Common) | | | | | Buy (add'l) | 12/21/12 | J | | |
| 787. -Johnson & Johnson (Common) | | | | | Buy (add'l) | 03/07/12 | J | | |
| 788. -Johnson & Johnson (Common) | | | | | Sold (part) | 06/22/12 | J | A | |
| 789. -Johnson Controls Inc (Common) | | | | | Sold (part) | 01/19/12 | J | B | |
| 790. -Johnson Controls Inc (Common) | | | | | Sold | 02/13/12 | J | | |
| 791. -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 03/12/12 | J | | |
| 792. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 04/24/12 | J | | |
| 793. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 04/27/12 | J | | |
| 794. -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 05/31/12 | J | | |
| 795. -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 06/26/12 | J | A | |
| 796. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 10/23/12 | J | | |
| 797. -Kimberly Clark Corp (Common) | | | | | Buy | 06/19/12 | J | | |
| 798. -Kimberly Clark Corp (Common) | | | | | Sold | 08/30/12 | J | A | |
| 799. -Kinder Morgan Inc (Common) | | | | | Buy | 10/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |

**CLELAND, ROBERT H.**    05/23/1014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800.　-Kinder Morgan Inc (Common) | | | | | Buy (add'l) | 10/26/12 | J | | |
| 801.　-Kinder Morgan Inc (Common) | | | | | Buy (add'l) | 11/12/12 | J | | |
| 802.　-Kraft Foods Group Inc (Common) | | | | | Spinoff (from line 869) | 10/08/12 | J | | |
| 803.　-Kraft Foods Inc (Common) (renamed Mondelez Int'l) | | | | | Buy | 08/02/12 | J | | |
| 804.　-Kraft Foods Inc (Common) (renamed Mondelez Int'l) | | | | | Buy (add'l) | 08/21/12 | J | | |
| 805.　-Kroger Co (Common) | | | | | Buy (add'l) | 02/06/12 | J | | |
| 806.　-Kroger Co (Common) | | | | | Buy (add'l) | 02/27/12 | J | | |
| 807.　-Kroger Co (Common) | | | | | Buy (add'l) | 03/07/12 | J | | |
| 808.　-Kroger Co (Common) | | | | | Sold (part) | 11/30/12 | J | A | |
| 809.　-LAM Research Corp (Common) | | | | | Sold | 07/30/12 | J | | |
| 810.　-Las Vegas Sands Corp (Common) | | | | | Buy (add'l) | 01/25/12 | J | | |
| 811.　-Las Vegas Sands Corp (Common) | | | | | Buy (add'l) | 06/14/12 | J | | |
| 812.　-Las Vegas Sands Corp (Common) | | | | | Sold (part) | 08/24/12 | J | | |
| 813.　-Las Vegas Sands Corp (Common) | | | | | Sold | 12/03/12 | J | A | |
| 814.　-Lear Corp (Common) | | | | | Buy (add'l) | 02/02/12 | J | | |
| 815.　-Lear Corp (Common) | | | | | Sold | 07/31/12 | J | | |
| 816.　-Liberty Interactive Corp (common) | | | | | Buy | 03/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**    Name of Person Reporting    Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. -Liberty Interactive Corp (common) | | | | | Sold | 08/03/12 | J | A | |
| 818. -Liberty Media Corp (Common) | | | | | Buy | 10/23/12 | J | | |
| 819. -Limited Brands Inc (Common) | | | | | Sold (part) | 01/05/12 | J | A | |
| 820. -Limited Brands Inc (Common) | | | | | Sold | 01/12/12 | J | A | |
| 821. -Lincoln National (Common) | | | | | | | | | |
| 822. -LinkedIn Corp (Common) | | | | | Buy | 11/08/12 | J | | |
| 823. -Lorillard Inc (Common) | | | | | Buy (add'l) | 05/01/12 | J | | |
| 824. -Lowe's Cos Inc (Common) | | | | | Sold (part) | 01/31/12 | J | A | |
| 825. -Lowe's Cos Inc (Common) | | | | | Sold | 02/02/12 | J | A | |
| 826. -Lyondellbasell Industried (Common) | | | | | Sold (part) | 01/09/12 | J | | |
| 827. -Lyondellbasell Industried (Common) | | | | | Sold (part) | 02/01/12 | J | A | |
| 828. -Lyondellbasell Industried (Common) | | | | | Sold (part) | 02/14/12 | J | A | |
| 829. -Lyondellbasell Industried (Common) | | | | | Buy (add'l) | 05/01/12 | J | | |
| 830. -Lyondellbasell Industried (Common) | | | | | Sold (part) | 08/02/12 | J | A | |
| 831. -Lyondellbasell Industried (Common) | | | | | Buy (add'l) | 09/07/12 | J | | |
| 832. -Lyondellbasell Industried (Common) | | | | | Buy (add'l) | 10/08/12 | J | | |
| 833. -Macy's Inc (Common) | | | | | Buy | 07/24/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

CLELAND, ROBERT H.

05/23/1014

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. -Marathon Oil Corp (Common) | | | | | Sold (part) | 01/10/12 | J | B | |
| 835. -Marathon Oil Corp (Common) | | | | | Buy (add'l) | 04/10/12 | J | | |
| 836. -Marathon Oil Corp (Common) | | | | | Sold | 06/15/12 | J | A | |
| 837. -Marathon Petroleum Corp (Common) | | | | | Sold (part) | 01/31/12 | J | | |
| 838. -Marathon Petroleum Corp (Common) | | | | | Sold (part) | 02/09/12 | J | A | |
| 839. -Marathon Petroleum Corp (Common) | | | | | Sold (part) | 02/10/12 | J | A | |
| 840. -Marathon Petroleum Corp (Common) | | | | | Buy (add'l) | 04/30/12 | J | | |
| 841. -Marathon Petroleum Corp (Common) | | | | | Sold | 09/07/12 | J | C | |
| 842. -Marsh & McClennan Cos Inc (Common) | | | | | Buy | 12/21/12 | J | | |
| 843. -Marvell Technology Gro (Common)up | | | | | Sold (part) | 04/26/12 | J | | |
| 844. -Marvell Technology Gro (Common)up | | | | | Sold | 05/07/12 | J | | |
| 845. -McDonalds Corp (Common) | | | | | Buy | 06/15/12 | J | | |
| 846. -McDonalds Corp (Common) | | | | | Sold (part) | 11/08/12 | J | | |
| 847. -McGraw Hill Cos Inc (Common) | | | | | Sold | 08/15/12 | J | A | |
| 848. -McKesson Corp (Common) | | | | | Buy | 03/07/12 | J | | |
| 849. -McKesson Corp (Common) | | | | | Buy (add'l) | 05/08/12 | J | | |
| 850. -McKesson Corp (Common) | | | | | Buy (add'l) | 06/01/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

CLELAND, ROBERT H.

05/23/1014

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851.  -McKesson Corp (Common) | | | | | Sold (part) | 08/28/12 | J | | |
| 852.  -Medtronic Inc (Common) | | | | | Buy | 09/21/12 | J | | |
| 853.  -Medtronic Inc (Common) | | | | | Buy (add'l) | 11/12/12 | J | | |
| 854.  -Merck & Co Inc (Common) | | | | | Buy | 06/01/12 | J | | |
| 855.  -Merck & Co Inc (Common) | | | | | Buy (add'l) | 09/20/12 | J | | |
| 856.  -Metlife Inc (Common) | | | | | Sold (part) | 01/03/12 | J | | |
| 857.  -Metlife Inc (Common) | | | | | Sold (part) | 03/27/12 | J | | |
| 858.  -Metlife Inc (Common) | | | | | Sold | 06/21/12 | J | A | |
| 859.  -MGM Resorts International | | | | | Buy | 01/30/12 | J | | |
| 860.  -MGM Resorts International | | | | | Buy (add'l) | 02/16/12 | J | | |
| 861.  -MGM Resorts International | | | | | Buy (add'l) | 03/07/12 | J | | |
| 862.  -MGM Resorts International | | | | | Buy (add'l) | 04/03/12 | J | | |
| 863.  -Micron Technology Inc (Common) | | | | | Sold (part) | 08/03/12 | J | A | |
| 864.  -Microsoft Corp (Common) | | | | | Buy | 06/28/12 | J | | |
| 865.  -Microsoft Corp (Common) | | | | | Buy (add'l) | 08/16/12 | J | | |
| 866.  -Microsoft Corp (Common) | | | | | Buy (add'l) | 09/20/12 | J | | |
| 867.  -Microsoft Corp (Common) | | | | | Sold (part) | 10/23/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 55 of 71 | CLELAND, ROBERT H. | 05/23/1014 |

CLELAND, ROBERT H.

05/23/1014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. -Microsoft Corp (Common) | | | | | Buy (add'l) | 11/27/12 | J | | |
| 869. -Mondelez International fka Kraft Foods Inc (Common) | | | | | Sold | 10/05/12 | J | A | |
| 870. -Monsanto Co (Common) | | | | | Sold (part) | 02/23/12 | J | A | |
| 871. -Monsanto Co (Common) | | | | | Sold | 05/30/12 | J | B | |
| 872. -Moody's Corp (Common) | | | | | Sold (part) | 04/02/12 | J | A | |
| 873. -Moody's Corp (Common) | | | | | Sold (part) | 04/18/12 | J | A | |
| 874. -Moody's Corp (Common) | | | | | Sold | 09/13/12 | J | A | |
| 875. -Morgan Stanley (Common) | | | | | Buy (add'l) | 03/07/12 | J | | |
| 876. -Morgan Stanley (Common) | | | | | Sold | 05/04/12 | J | | |
| 877. -National - Oilwell Inc (Common) | | | | | Buy | 02/14/12 | J | | |
| 878. -National - Oilwell Inc (Common) | | | | | Buy (add'l) | 02/16/12 | J | | |
| 879. -National - Oilwell Inc (Common) | | | | | Buy (add'l) | 03/28/12 | J | | |
| 880. -National - Oilwell Inc (Common) | | | | | Buy (add'l) | 06/21/12 | J | | |
| 881. -Newell Rubbermaid Inc (Common) | | | | | Sold | 08/22/12 | J | A | |
| 882. -Nexen Inc (Common) | | | | | Buy | 01/11/12 | J | | |
| 883. -Nexen Inc (Common) | | | | | Sold | 04/20/12 | J | A | |
| 884. -Noble Energy Inc (Common) | | | | | Sold (part) | 07/24/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

---

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

Page 56 of 71

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. -Northrop Grumman Corp (Common) | | | | | Sold | 05/14/12 | J | A | |
| 886. -NV Energy Inc (Common) | | | | | Buy (add'l) | 07/25/12 | J | | |
| 887. -NV Energy Inc (Common) | | | | | Sold (part) | 12/13/12 | J | A | |
| 888. -NVR Inc (Common) | | | | | Sold | 09/13/12 | J | A | |
| 889. -Oracle Corp (Common) | | | | | Sold | 06/19/12 | J | A | |
| 890. -O'Reilly Automotive Inc (Common) | | | | | Buy | 06/27/12 | J | | |
| 891. -O'Reilly Automotive Inc (Common) | | | | | Buy (add'l) | 07/02/12 | J | | |
| 892. -O'Reilly Automotive Inc (Common) | | | | | Sold | 12/21/12 | J | A | |
| 893. -Parinerre LTD (Common) | | | | | Buy | 11/16/12 | J | | |
| 894. -Pepsico Inc (Common) | | | | | Sold (part) | 01/09/12 | J | A | |
| 895. -Pepsico Inc (Common) | | | | | Sold (part) | 01/12/12 | J | A | |
| 896. -Pepsico Inc (Common) | | | | | Sold (part) | 02/14/12 | J | A | |
| 897. -Pepsico Inc (Common) | | | | | Buy (add'l) | 07/26/12 | J | | |
| 898. -Pepsico Inc (Common) | | | | | Buy (add'l) | 08/16/12 | J | | |
| 899. -Pepsico Inc (Common) | | | | | Sold | 09/24/12 | J | | |
| 900. -Perrigo Inc (Common) | | | | | Buy (add'l) | 01/04/12 | J | | |
| 901. -Perrigo Inc (Common) | | | | | Buy (add'l) | 02/24/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Name of Person Reporting

CLELAND, ROBERT H.

Date of Report

05/23/1014

Page 57 of 71

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902.  -Perrigo Inc (Common) | | | | | Sold | 06/14/12 | J | A | |
| 903.  -Petsmart (Common) | | | | | Buy | 12/21/12 | J | | |
| 904.  -Pfizer Inc (Common) | | | | | Sold (part) | 08/16/12 | J | A | |
| 905.  -Pfizer Inc (Common) | | | | | Sold (part) | 11/16/12 | J | A | |
| 906.  -Philip Morris International | | | | | Buy | 05/21/12 | J | | |
| 907.  -Philip Morris International | | | | | Buy (add'l) | 09/11/12 | J | | |
| 908.  -Philip Morris International | | | | | Buy (add'l) | 09/12/12 | J | | |
| 909.  -Philip Morris International | | | | | Buy (add'l) | 11/12/12 | J | | |
| 910.  -Philip Morris International | | | | | Buy (add'l) | 12/21/12 | J | | |
| 911.  -Potash Corp of Saskachewan (Common) | | | | | Buy (add'l) | 01/11/12 | J | | |
| 912.  -Potash Corp of Saskachewan (Common) | | | | | Buy (add'l) | 02/07/12 | J | | |
| 913.  -Potash Corp of Saskachewan (Common) | | | | | Sold (part) | 04/25/12 | J | | |
| 914.  -Potash Corp of Saskachewan (Common) | | | | | Sold | 05/23/12 | J | | |
| 915.  -Precision Castparts Corp (Common) | | | | | Buy (add'l) | 03/30/12 | J | | |
| 916.  -Precision Castparts Corp (Common) | | | | | Buy (add'l) | 08/28/12 | J | | |
| 917.  -Priceline Com Inc (Common) | | | | | Buy | 06/19/12 | J | | |
| 918.  -Priceline Com Inc (Common) | | | | | Sold | 10/31/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. -Procter & Gamble Co (Common) | | | | | Sold (part) | 03/19/12 | J | A | |
| 920. -Procter & Gamble Co (Common) | | | | | Buy (add'l) | 05/21/12 | J | | |
| 921. -Pulte Group Inc (Common) | | | | | Buy | 09/11/12 | J | | |
| 922. -Pulte Group Inc (Common) | | | | | Buy (add'l) | 09/12/12 | J | | |
| 923. -PVH Corp (Common) | | | | | Sold | 07/13/12 | J | A | |
| 924. -Qualcomm Inc (Common) | | | | | Sold (part) | 05/21/12 | J | A | |
| 925. -Qualcomm Inc (Common) | | | | | Sold | 08/21/12 | J | A | |
| 926. -Reynolds American Inc (Common) | | | | | Buy | 05/22/12 | J | | |
| 927. -Reynolds American Inc (Common) | | | | | Buy (add'l) | 11/08/12 | J | | |
| 928. -Rockwell Automation Inc (Common) | | | | | Sold (part) | 09/04/12 | J | A | |
| 929. -Rockwell Automation Inc (Common) | | | | | Sold | 11/08/12 | J | | |
| 930. -Salesforce.com Inc (Common) | | | | | Sold | 05/18/12 | J | A | |
| 931. -Schlumbergr LTD (Common) | | | | | Sold (part) | 06/15/12 | J | A | |
| 932. -Schlumbergr LTD (Common) | | | | | Buy (add'l) | 08/20/12 | J | | |
| 933. -Schlumbergr LTD (Common) | | | | | Sold (part) | 12/20/12 | J | | |
| 934. -Sherwin-Williams Co (Common) | | | | | Buy | 06/13/12 | J | | |
| 935. -Starbucks Corp (Common) | | | | | Sold (part) | 01/27/12 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 936. -Starbucks Corp (Common) | | | | | Sold (part) | 04/19/12 | J | A | |
| 937. -Starbucks Corp (Common) | | | | | Buy (add'l) | 07/13/12 | J | | |
| 938. -Stryker Corp (Common) | | | | | Buy | 01/09/12 | J | | |
| 939. -Stryker Corp (Common) | | | | | Buy (add'l) | 01/10/12 | J | | |
| 940. -Stryker Corp (Common) | | | | | Buy (add'l) | 01/11/12 | J | | |
| 941. -Stryker Corp (Common) | | | | | Sold | 08/09/12 | J | A | |
| 942. -Tax-Aware Overlay (Common) | | | | | Buy (add'l) | 03/07/12 | K | | |
| 943. -Tax-Aware Overlay (Common) | | | | | Buy (add'l) | 12/11/12 | J | | |
| 944. -The Walt Disney Co (Common) | | | | | Buy (add'l) | 01/09/12 | J | | |
| 945. -The Walt Disney Co (Common) | | | | | Buy (add'l) | 03/14/12 | J | | |
| 946. -The Walt Disney Co (Common) | | | | | Sold (part) | 06/08/12 | J | A | |
| 947. -The Walt Disney Co (Common) | | | | | Sold (part) | 10/15/12 | J | A | |
| 948. -The Walt Disney Co (Common) | | | | | Sold (part) | 10/23/12 | J | A | |
| 949. -Tibco Software Inc (Common) | | | | | Buy | 03/15/12 | J | | |
| 950. -Tibco Software Inc (Common) | | | | | Buy (add'l) | 05/24/12 | J | | |
| 951. -Tibco Software Inc (Common) | | | | | Buy (add'l) | 08/23/12 | J | | |
| 952. -Time Warner Inc (Common) | | | | | Buy | 08/01/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 60 of 71 | CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. -Time Warner Inc (Common) | | | | | Buy (add'l) | 08/20/12 | J | | |
| 954. -Time Warner Cable (Common) | | | | | Sold (part) | 08/21/12 | J | B | |
| 955. -Time Warner Cable (Common) | | | | | Sold (part) | 10/01/12 | J | A | |
| 956. -TJX Companies Inc (Common) | | | | | Buy | 09/25/12 | J | | |
| 957. -TJX Companies Inc (Common) | | | | | Buy (add'l) | 09/27/12 | J | | |
| 958. -Transocean LTD (Common) | | | | | Sold (part) | 03/26/12 | J | | |
| 959. -Transocean LTD (Common) | | | | | Sold | 11/07/12 | J | | |
| 960. -Travelers Cos Inc (Common) | | | | | Sold | 03/26/12 | J | B | |
| 961. -TRW Automotive Holdings Corp (Common) | | | | | Sold | 07/27/12 | J | | |
| 962. -Tyson Foods Inc (Common) | | | | | Sold (part) | 02/01/12 | J | | |
| 963. -Tyson Foods Inc (Common) | | | | | Buy (add'l) | 05/22/12 | J | | |
| 964. -Tyson Foods Inc (Common) | | | | | Buy (add'l) | 09/24/12 | J | | |
| 965. -Tyson Foods Inc (Common) | | | | | Sold (part) | 11/12/12 | J | | |
| 966. -Ulta Salon Cosmetics & Fragrances (Common) | | | | | Buy | 12/05/12 | J | | |
| 967. -Ulta Salon Cosmetics & Fragrances (Common) | | | | | Buy (add'l) | 12/26/12 | J | | |
| 968. -Union Pacific Corp (Common) | | | | | Buy | 06/22/12 | J | | |
| 969. -Union Pacific Corp (Common) | | | | | Buy (add'l) | 08/22/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 970. -United Parcel Service (Common) | | | | | Sold (part) | 02/14/12 | J | A | |
| 971. -United Parcel Service (Common) | | | | | Sold (part) | 04/11/12 | J | A | |
| 972. -United Parcel Service (Common) | | | | | Sold | 05/07/12 | J | B | |
| 973. -United Technologies Corp (Common) | | | | | Buy (add'l) | 09/06/12 | J | | |
| 974. -United Technologies Corp (Common) | | | | | Buy (add'l) | 09/07/12 | J | | |
| 975. -UnitedHealth Group Inc (Common) | | | | | | | | | |
| 976. -US Bancorp (Common) | | | | | Buy | 06/12/12 | J | | |
| 977. -US Bancorp (Common) | | | | | Buy (add'l) | 08/20/12 | J | | |
| 978. -US Bancorp (Common) | | | | | Sold (part) | 10/15/12 | J | A | |
| 979. -Verizon Communications Inc (Common) | | | | | Buy | 07/18/12 | J | | |
| 980. -Verizon Communications Inc (Common) | | | | | Buy (add'l) | 08/17/12 | J | | |
| 981. -Vertex Pharmaceuticals Inc (Common) | | | | | Buy | 01/10/12 | J | | |
| 982. -Vertex Pharmaceuticals Inc (Common) | | | | | Sold (part) | 04/10/12 | J | A | |
| 983. -Vertex Pharmaceuticals Inc (Common) | | | | | Sold (part) | 07/27/12 | J | A | |
| 984. -Vertex Pharmaceuticals Inc (Common) | | | | | Buy (add'l) | 11/05/12 | J | | |
| 985. -VF Corp (Common) | | | | | Sold | 08/16/12 | J | A | |
| 986. -Viacom Inc (Common) | | | | | Sold (part) | 08/16/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. -Visa Inc (Common) | | | | | Buy (add'l) | 03/07/12 | J | | |
| 988. -Visa Inc (Common) | | | | | Buy (add'l) | 06/26/12 | J | | |
| 989. -Visa Inc (Common) | | | | | Sold (part) | 08/17/12 | J | A | |
| 990. -Visa Inc (Common) | | | | | Sold (part) | 08/24/12 | J | A | |
| 991. -Walgreen Co (Common) | | | | | Buy | 07/30/12 | J | | |
| 992. -Walgreen Co (Common) | | | | | Sold | 11/09/12 | J | | |
| 993. -Walgreen Co (Common) | | | | | Sold (part) | 12/21/12 | J | A | |
| 994. -Wal-Mart Stores Inc (Common) | | | | | Buy | 05/21/12 | J | | |
| 995. -Wal-Mart Stores Inc (Common) | | | | | Buy (add'l) | 09/04/12 | J | | |
| 996. -Watson Pharmaceuticals Inc (Common) | | | | | Buy | 01/06/12 | J | | |
| 997. -Watson Pharmaceuticals Inc (Common) | | | | | Sold | 01/24/12 | J | | |
| 998. -Wellpoint Inc (Common) | | | | | Buy (add'l) | 01/26/12 | J | | |
| 999. -Wellpoint Inc (Common) | | | | | Buy (add'l) | 03/07/12 | J | | |
| 1000. -Wellpoint Inc (Common) | | | | | Buy (add'l) | 05/17/12 | J | | |
| 1001. -Wells Fargo & Company (Common) | | | | | Buy (add'l) | 02/10/12 | J | | |
| 1002. -Wells Fargo & Company (Common) | | | | | Buy (add'l) | 03/08/12 | J | | |
| 1003. -Wells Fargo & Company (Common) | | | | | Buy (add'l) | 03/20/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. -Wells Fargo & Company (Common) | | | | | Buy (add'l) | 03/27/12 | J | | |
| 1005. -Wells Fargo & Company (Common) | | | | | Sold (part) | 07/25/12 | J | | |
| 1006. -Wisconsin Energy Corp (Common) | | | | | Buy | 07/19/12 | J | | |
| 1007. -Wisconsin Energy Corp (Common) | | | | | Sold | 09/19/12 | J | | |
| 1008. -Xcel Energy Inc (Common) | | | | | Buy | 07/19/12 | J | | |
| 1009. -Xcel Energy Inc (Common) | | | | | Sold | 09/20/12 | J | | |
| 1010. -Yum! Brands Inc (Common) | | | | | Buy | 06/01/12 | J | | |
| 1011. -Yum! Brands Inc (Common) | | | | | Sold | 07/11/12 | J | | |
| 1012. FR 2 | | None | | | Closed | 11/01/12 | J | | |
| 1013. -Brokerage | | | | | | | | | |
| 1014. BP PLC Sponsored ADR (Common) | A | Dividend | J | T | | | | | |
| 1015. Calumet Specialty Products Partners LP (Common) | B | Dividend | J | T | Buy | 08/09/12 | J | | |
| 1016. Fidelity Cash Reserves Fund | A | Dividend | J | T | | | | | |
| 1017. Fidelity Municipal Income Fund fka Spartan Florida Municipal | A | Dividend | L | T | | | | | |
| 1018. Kinder Morgan Energy Partners LP (Common) | B | Dividend | J | T | Buy | 06/04/12 | J | | |
| 1019. Lincoln National (Common) | B | Dividend | L | T | | | | | |
| 1020. Nisource (common) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. Nustar Energy LP (Common) | A | Dividend | K | T | Buy | 09/20/12 | J | | |
| 1022. -Nustar Energy LP (Common) | | | | | Buy (add'l) | 11/07/12 | J | | |
| 1023. Plains All American Pipeline LP (Common) | A | Dividend | J | T | Buy | 06/04/12 | J | | |
| 1024. Sun Communities (Common) | A | Dividend | J | T | Buy | 06/04/12 | J | | |
| 1025. Investment Club - 10% interest | A | Dividend | K | T | | | | | |
| 1026. -Aegon NV (Common) (X) | | | | | Sold | 11/15/12 | J | A | |
| 1027. -Alcoa Inc (Common) | | | | | Buy | 03/08/12 | J | | |
| 1028. -Altria Group Inc (Common) | | | | | Buy | 05/10/12 | J | | |
| 1029. -Banco Santander Cent (Common) | | | | | Buy | 05/10/12 | J | | |
| 1030. -Banco Santander Cent (Common) | | | | | Buy (add'l) | 08/22/12 | J | | |
| 1031. -Bank of America Corp (Common) | | | | | Buy (add'l) | 05/17/12 | J | | |
| 1032. -Bank of America Corp (Common) | | | | | Buy (add'l) | 07/02/12 | J | | |
| 1033. -Bristol Myers Squibb Co (Common) | | | | | Buy (add'l) | 05/16/12 | J | | |
| 1034. -Bristol Myers Squibb Co (Common) | | | | | Buy (add'l) | 11/07/12 | J | | |
| 1035. -Caterpillar Common (Common) | | | | | Buy (add'l) | 05/17/12 | J | | |
| 1036. -Caterpillar Common (Common) | | | | | Buy (add'l) | 07/02/12 | J | | |
| 1037. -Caterpillar Common (Common) | | | | | Buy (add'l) | 08/22/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1038. -Conocophillips Com (Common) | | | | | Sold (part) | 05/08/12 | J | A | |
| 1039. -Conocophillips Com (Common) | | | | | Buy (add'l) | 07/02/12 | J | | |
| 1040. -Du Pont E I DE Nemours & Co (Common) | | | | | Buy (add'l) | 04/19/12 | J | | |
| 1041. -Du Pont E I DE Nemours & Co (Common) | | | | | Buy (add'l) | 11/07/12 | J | | |
| 1042. -Exxon Mobil Corp (Common) | | | | | Buy (add'l) | 11/07/12 | J | | |
| 1043. -Federated Prim Obligation ISS #396 | | | | | | | | | |
| 1044. -Fifth Third Bancorp (Common) | | | | | Buy (add'l) | 07/02/12 | J | | |
| 1045. -Fifth Third Bancorp (Common) | | | | | Buy (add'l) | 08/22/12 | J | | |
| 1046. -Fifth Third Bancorp (Common) | | | | | Buy (add'l) | 11/07/12 | J | | |
| 1047. -First Niagara Financial Group Inc (Common) | | | | | Buy (add'l) | 02/27/12 | J | | |
| 1048. -First Niagara Financial Group Inc (Common) | | | | | Buy (add'l) | 11/07/12 | J | | |
| 1049. -First Niagara Financial Group Inc (Common) | | | | | Sold | 11/15/12 | J | A | |
| 1050. -Ford Mtr Co (Common) | | | | | Sold (part) | 03/15/12 | J | | |
| 1051. -Ford Mtr Co (Common) | | | | | Buy (add'l) | 04/19/12 | J | | |
| 1052. -Ford Mtr Co (Common) | | | | | Buy (add'l) | 08/22/12 | J | | |
| 1053. -Ford Mtr Co (Common) | | | | | Buy (add'l) | 11/07/12 | J | | |
| 1054. -Freeport-McMoran Copper & Gold Inc | | | | | Buy (add'l) | 04/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 66 of 71

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. -Freeport-McMoran Copper & Gold Inc | | | | | Buy (add'l) | 08/22/12 | J | | |
| 1056. -Freeport-McMoran Copper & Gold Inc | | | | | Buy (add'l) | 11/07/12 | J | | |
| 1057. -General Electric Co (Common) | | | | | Buy (add'l) | 02/27/12 | J | | |
| 1058. -General Electric Co (Common) | | | | | Buy (add'l) | 05/16/12 | J | | |
| 1059. -General Electric Co (Common) | | | | | Buy (add'l) | 08/22/12 | J | | |
| 1060. -General Electric Co (Common) | | | | | Buy (add'l) | 11/07/12 | J | | |
| 1061. -General Motors Co (Common) | | | | | Sold | 09/14/12 | J | A | |
| 1062. -Goldman Sachs Group Inc (Common) | | | | | Buy (add'l) | 05/11/12 | J | | |
| 1063. -Goldman Sachs Group Inc (Common) | | | | | Buy (add'l) | 11/07/12 | J | | |
| 1064. -Halliburton Co (Common) | | | | | Buy | 03/08/12 | J | | |
| 1065. -iShares S&P US Pref Stock Index Fund | | | | | Buy (add'l) | 04/19/12 | J | | |
| 1066. -iShares S&P US Pref Stock Index Fund | | | | | Buy (add'l) | 08/22/12 | J | | |
| 1067. -Johnson Controls Inc (Common) | | | | | Buy (add'l) | 01/18/12 | J | | |
| 1068. -Johnson Controls Inc (Common) | | | | | Buy (add'l) | 08/22/12 | J | | |
| 1069. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 02/27/12 | J | | |
| 1070. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 05/16/12 | J | | |
| 1071. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 08/22/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **CLELAND, ROBERT H.** | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 11/07/12 | J | | |
| 1073. -McDonalds (Common) | | | | | Buy | 05/10/12 | J | | |
| 1074. -McDonalds (Common) | | | | | Buy (add'l) | 09/21/12 | J | | |
| 1075. -Merck & Co Inc (Common) | | | | | Buy (add'l) | 08/22/12 | J | | |
| 1076. -Merck & Co Inc (Common) | | | | | Buy (add'l) | 11/07/12 | J | | |
| 1077. -Nustar Energy LP (Common) | | | | | Buy | 09/21/12 | K | | |
| 1078. -Nustar Energy LP (Common) | | | | | Sold | 11/09/12 | K | | |
| 1079. -Nustar Energy LP (Common) | | | | | Buy | 11/15/12 | K | | |
| 1080. -Peoples United Financial Inc (Common) | | | | | Buy (add'l) | 01/18/12 | J | | |
| 1081. -Peoples United Financial Inc (Common) | | | | | Buy (add'l) | 02/27/12 | J | | |
| 1082. -Peoples United Financial Inc (Common) | | | | | Buy (add'l) | 07/02/12 | J | | |
| 1083. -Peoples United Financial Inc (Common) | | | | | Buy (add'l) | 11/07/12 | J | | |
| 1084. -Peoples United Financial Inc (Common) | | | | | Sold | 11/15/12 | J | A | |
| 1085. -Pfizer Inc (Common) | | | | | Buy (add'l) | 04/19/12 | J | | |
| 1086. -Pfizer Inc (Common) | | | | | Buy (add'l) | 07/02/12 | J | | |
| 1087. -Pfizer Inc (Common) | | | | | Buy (add'l) | 11/07/12 | J | | |
| 1088. -Procter & Gamble Co (Common) | | | | | Buy (add'l) | 01/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. -Procter & Gamble Co (Common) | | | | | Buy (add'l) | 02/27/12 | J | | |
| 1090. -Procter & Gamble Co (Common) | | | | | Buy (add'l) | 08/22/12 | J | | |
| 1091. -Pulte Homes Inc (Common) | | | | | Sold | 05/17/12 | J | B | |
| 1092. -Sanofi SA (Common) | | | | | Buy (add'l) | 08/22/12 | J | | |
| 1093. -SAP Aktiengesellschaft (Common) | | | | | Sold | 05/15/12 | J | A | |
| 1094. -Solar Capital Ltd (Common) | | | | | Buy (add'l) | 01/18/12 | J | | |
| 1095. -Solar Capital Ltd (Common) | | | | | Buy (add'l) | 05/16/12 | J | | |
| 1096. -Solar Capital Ltd (Common) | | | | | Buy (add'l) | 08/22/12 | J | | |
| 1097. -Solar Capital Ltd (Common) | | | | | Buy (add'l) | 11/07/12 | J | | |
| 1098. -Symantec Corp (Common) | | | | | Buy | 05/10/12 | J | | |
| 1099. -US Natural Gas Fund (Common) | | | | | | | | | |
| 1100. -Vale SA (Common) | | | | | Buy | 03/08/12 | J | | |
| 1101. -Vale SA (Common) | | | | | Buy (add'l) | 05/16/12 | J | | |
| 1102. -Walgreen Co (Common) | | | | | Buy (add'l) | 07/02/12 | J | | |
| 1103. -Walgreen Co (Common) | | | | | Buy (add'l) | 11/07/12 | J | | |
| 1104. -Windstream Corp (Common) | | | | | Buy (add'l) | 01/18/12 | J | | |
| 1105. -Windstream Corp (Common) | | | | | Buy (add'l) | 07/02/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 05/23/1014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1106. -Windstream Corp (Common) | | | | | Buy (add'l) | 11/07/12 | J | | |
| 1107. -Windstream Corp (Common) | | | | | Sold | 11/15/12 | J | A | |
| 1108. -Xerox Corp (Common) | | | | | Buy | 03/08/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H | 05/23/1014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

May 23, 2014 AMENDMENT

Lines 10, 13, 16, 35, 234, 1091, 1093 corrected to full sales - SOLD
Line 233, 502 corrected to PARTIAL SALE
Line 422, 423, 952 & 953 - Correction - changed from Time Warner Cable to TIME WARNER INC
Lines 492, 516, 517, 528 - Marketfield Fund renamed MAINSTAY MARKETFIELD FUND
Line 1016 - moved Fidelity Cash Reserves Fund into the Brokerage account
Lines 1015, 1018, 1021, 1022, 1023 & 1024 - new purchases missed on original 2012 report
Line 1017 - Correction - changed from Fidelity Spartan Florida Municipal to FIDELITY MUNICIPAL INCOME FUND
-----------------------

line 476 - Greenfield Financial renamed Wheels Group, Inc

lines 282, 283, 803, 804 - Kraft Foods Inc renamed Mondelez International

line 530 - FR 4 renamed FR 1

line 1012 - FR 5 renamed FR 2 and terminated

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ ROBERT H. CLELAND**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544